UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| DIRECTV, Inc. | ) Case No.: **03cv12292 MLW** |
| Plaintiff, | ) |
| vs. | ) **PLAINTIFF'S REQUEST** |
| | ) **FOR ENTRY OF DEFAULT** |
| Craig Patrick | ) |
| Defendant | ) |

Plaintiff, DIRECTV, Inc ("DIRECTV"), by and through its undersigned attorney, pursuant to provisions of Rule 55 of the Federal Rules of Civil Procedure, hereby requests the Clerk of this United States District Court to enter a notice of default against defendant, **Craig Patrick**, for his failure to plead or otherwise defend the action brought by DIRECTV as appears from the attached affidavit.

_____
Date

_____
John M. McLaughlin (BBO: 556328)
**MCLAUGHLIN SACKS, LLC**
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

Page 1

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the ___16___ day of ___July___, 2004, a copy of the foregoing Request for the Entry of Default, the Affidavit in Support thereof and a proposed order were mailed first class to:

Craig Patrick
54 Holly Lane
Holliston, MA

_____
John M. McLaughlin, Esq.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

DIRECTV, Inc.

V.

Craig Patrick

**SUMMONS IN A CIVIL CASE**

**03 CV 12292 MLW**

CASE NUMBER:

TO: (Name and address of Defendant)

Craig Patrick
54 Holly Lane
Holliston, MA 01746

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                NOV 17 2003
CLERK                                        DATE

(By) DEPUTY CLERK