# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS (Eastern Division)

| | | |
|---|---|---|
| DIRECTV, Inc. | ) | Case No.: **03cv12292 MLW** |
| | ) | |
| Plaintiff | ) | **AFFIDAVIT OF ATTORNEY FOR** |
| | ) | **PLAINTIFF'S REQUEST FOR DEFAULT** |
| vs. | ) | |
| | ) | |
| Craig Patrick | ) | |
| | ) | |
| Defendant | ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. On November 17, 2003, the Plaintiff filed a Complaint against the Defendant, **Craig Patrick**, in United States District Court, alleging violations of 47 U.S.C. § 605 and violations of 18 U.S.C § 2511.

2. On February 3, 2004, the said Defendant was served by leaving the pertinent documentation at the **last and usual** place of abode of the Defendant by a person who is not a party to this action (see copy of Return of Service marked **Exhibit A**, attached hereto, and made a part hereof).

3. Pursuant to the provisions of Rule 12 of the Federal Rules of Civil Procedure, the Defendant had twenty days after being served with the summons and complaint within which to serve an answer to Plaintiff's Complaint.

4. To date, the Defendant has failed and neglected to file an answer to Plaintiff's Complaint.

5. Defendant had contacted the office of the Plaintiff's Counsel by telephone.

6.    To date, Plaintiff's Counsel has been unable to negotiate a settlement with the Defendant.

7.    I have filed herewith a Request for Entry of Default, seeking that a Notice of Default be entered by this Court.

8.    I have also filed herewith Form of Order entitled Notice of Default, for the Court's use if it shall determine that the said Defendant is in default.

Subscribed and sworn to, under the pains and penalties of perjury.

Respectfully Submitted for the Plaintiff,
DIRECTV, INC.
By Its Attorney,

_____
Date

John M. McLaughlin (BBO: 556328)
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865