UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECT T.V.
        Plaintiff(s)                      CIVIL ACTION
                                                    NO. 03-12292-MLW

        V.

CRAIG PATRICK
        Defendant(s)

## NOTICE OF DEFAULT

Upon application of the Plaintiff(s) , DIRECT T.V., for an order of Default for failure of the Defendant(s), CRAIG PATRICK, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 15TH day of APRIL , 2004.

TONY ANASTAS, CLERK

By:    /s/ Dennis O'Leary
        Deputy Clerk

Notice mailed to:

(default.not - 10/96)                                            [ntcdflt.]