UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CRAIG PATRICK,<br><br>Defendant. | No. 03-12292-MLW<br><br>**DECLARATION OF MICHAEL BARR** |

Michael Barr declares as follows:

1. I am an electrical engineer with over ten years of experience in the design of embedded systems. My curriculum vitae is included in Schedule 1 of Exhibit A.

2. I am also the founder and President of Netrino, LLC ("Netrino"), an engineering consulting company specializing in the analysis, design, and implementation of real-time and embedded systems. DIRECTV has retained Netrino to provide expert analysis and testimony on the design, function, and intended purposes of numerous devices that are used to unlawfully intercept DIRECTV satellite signals.

3. I have personally examined and tested numerous devices suspected of being useful for DIRECTV piracy. In each case I have tested the device in DIRECTV piracy and also in all other known uses. I have also read and considered relevant documents, including books, international standards, industry specifications, and datasheets. As a result of such analysis, I have concluded that certain devices were designed primarily for use in DIRECTV piracy while others were merely useful for that purpose.

4. Attached hereto as Exhibit A is a true and correct copy of the expert report that my company provided to DIRECTV with regard to the "Atomic Multi-Purpose" device at issue in this action. Although the report is titled, "Expert Report: Atomic PUT," it is relevant here because an "Atomic PUT" device is the same as an "Atomic Multi-Purpose" device.

5. I have personally examined and tested an Atomic Multi-Purpose device and concluded it was designed primarily for use in DIRECTV piracy. The attached report describes the types of tests I performed, lists the documents I reviewed and considered relevant, and lays the factual and logical foundation for my conclusion about the device.

6. The Atomic PUT product was marketed as a multi-purpose device. Specifically, marketing language displayed at the DSSPRO.COM which sold the product expanded the 'P.U.T.' acronym in the name as "Programmer", "Unlooper", and "T5 Loader". As a result of my examination and testing of the Atomic PUT device, I concluded that these three names aptly describe the three functions of the device.

7. DIRECTV receiving equipment consists of a DIRECTV-compatible satellite dish antenna, a DIRECTV-compatible receiver (also known as an "integrated receiver/decoder," or "IRD"), and a DIRECTV access card. Together, these components convert DIRECTV's encrypted (or scrambled) satellite signal broadcasts to viewable programming that can be displayed on the attached television.

8. The DIRECTV receiver is placed near a television. The DIRECTV receiver processes and decrypts (unscrambles) incoming signals from the satellite dish antenna with assistance from an authorized DIRECTV access card that is inserted into it.

9. When there is no DIRECTV access card inserted into the DIRECTV receiver or the inserted card is unauthorized, none of the encrypted (or scrambled) programming is viewable on the television. When an authorized access card is inserted into the DIRECTV receiver, only those channels to which the customer has subscribed or purchased will be decrypted and made viewable on the customer's television.

10. DIRECTV access cards are smartcards, which are similar in shape and size to credit cards but contain an embedded computer and memory. DIRECTV's access cards contain DIRECTV-specific hardware and software that is designed to (1) provide authorization to decrypt DIRECTV satellite broadcasts for customers who have subscribed to those services and (2) record pay-per-view purchase records for later communication to DIRECTV for billing purposes.

11. All known methods of receiving DIRECTV's signal without authorization or payment, which I shall refer to henceforth as piracy, rely upon modifying an access card or its behavior in ways not authorized by DIRECTV. Although DIRECTV uses various security methods to prevent piracy, numerous devices have been sold to thwart these security measures, one of which is the "Atomic Multi-Purpose" device at issue here.

12. From time to time, as part of its on-going efforts to combat piracy, DIRECTV has introduced new generations of access cards and disabled older access cards. The five generations of access cards issued to date are known as P1 (a.k.a., 'F'), P2 ('H'), P3 ('HU'), P4, and D1 cards. Each generation of access card features different internal technological security measures.

13. The "Atomic Multi-Purpose" device performs three functions that are useful to individuals engaged in DIRECTV piracy. These three functions conform to the three names given the device: "Programmer", "Unlooper", and "T5 Loader".

14. The "Programmer" function of the "Atomic Multi-Purpose" device can be used to modify the software and/or data stored in DIRECTV P2 access cards. The "Programmer" function can be used to effectively circumvent security features of DIRECTV P2 access cards, and can thus be used to erase pay-per-view purchase records and/or to allow unauthorized access to some or potentially all of DIRECTV's satellite TV channels.

15. Because they are aware that some access cards have been modified by pirates without authorization, DIRECTV periodically develops and administers electronic countermeasures, which are commonly referred to as "ECMs." An ECM involves sending software over the satellite to detect DIRECTV access cards that have been successfully modified and used by pirates. Each pirate access card that is detected by the ECM is then disabled.

16. One type of ECM that DIRECTV frequently used disabled pirate access cards by putting the software inside the cards into an infinite 'loop' so that it was unable to be used for further piracy.

17. The DIRECTV pirate community eventually developed a workaround to the 'loop' by creating so-called 'unlooper' devices. To date, the other Netrino experts and I have examined and tested more than two dozen unloopers and concluded that each one of them was designed to circumvent DIRECTV's conditional access controls.

18. The second function of the "Atomic Multi-Purpose" device is that of an "Unlooper". My testing has shown that the "Unlooper" function of the "Atomic Multi-Purpose" device can indeed be used to 'unloop' DIRECTV P2 and P3 access cards that were disabled via ECM after prior successful modification and use in piracy. After unlooping these access cards, it is possible to again modify them for continued use in piracy.

19. The third function of the "Atomic Multi-Purpose" device is that of a "T5 Loader". A 'loader' is a device very much like an unlooper that can be used to modify the software and/or data stored in DIRECTV P3 access cards. This is necessary because the P3 access cards cannot be modified with a programmer. A "T5 Loader" is a particular model of loader that was popular in the DIRECTV piracy community. My testing has confirmed that the "T5 Loader" function of the "Atomic Multi-Purpose" device is indeed capable of circumventing security features of DIRECTV P3 access cards.

20. Both the "Unlooper" and the "T5 Loader" functions of the "Atomic Multi-Purpose" device utilize 'glitching' to circumvent security features of DIRECTV P2 and P3 access cards. Electronically speaking there is no difference between an "Unlooper" and a "Loader."

21. Glitching is a violation of the ISO 7816-3 electrical standard for smartcards and is not employed by any smartcard-related product with which I am familiar other than those I have concluded were designed primarily for use in DIRECTV piracy. Furthermore, glitching is a well-recognized form of attack on smartcards and has no other known purpose.

22. Approximately, eighty percent of the chips that comprise the "Atomic Multi-Purpose" device were included solely for the purpose of "glitching."

DECLARATION OF MICHAEL BARR
NO. 03-12292-MLW – Page 6

23. All three functions of the "Atomic Multi-Purpose" can be used to modify one, two, or a much larger number of DIRECTV access cards. Each such modified access card could then in turn be used to unlawfully decrypt DIRECTV programming. The defendant in this case would need just one modified access card in order to decrypt all of DIRECTV's satellite TV channels for his own personal use.

24. Although theoretically, the "Programmer" function of the "Atomic Multi-Purpose" device could be used in a limited set of smartcard applications unrelated to DIRECTV piracy, analysis of this and similar devices, by myself and colleagues at Netrino, has determined that these devices are primarily designed to assist in the piracy of DIRECTV satellite signals.

25. Smartcard readers are devices that read data from and write data to smartcards. There are many sources for smartcard readers, and many such devices sold by that name are legitimate products. In my experience, legitimate devices are typically marketed as "smartcard readers," and only pirate devices are marketed as "programmers". By definition, a smartcard reader is always also a writer. However, in legitimate devices both the reading and writing are restricted to the purposes that the developer of a particular smartcard had in mind, which would not be considered tampering.

26. Most legitimate smartcard readers comply with the PC/SC standard, which specifies how software running on various computers can communicate with a smartcard installed in the smartcard reader. Microsoft has, from at least 1998, encouraged developers writing smartcard application software intended to work with its Windows operating systems to conform to the PC/SC standard.

27. Smartcard readers can be designed to interface with a host computer in one of two ways. In the mainstream smartcard community, the choice is generally made to include part of the intelligence within the smartcard reader hardware and the remainder in a PC/SC-compatible driver. This design is favored by all of the most widely available and inexpensive smartcard readers on the market today.

28. By contrast, smartcard readers such as the "Programmer" function at issue here do not have such "smarts" included in their hardware. The "Programmer" function in the "Atomic Multi-Purpose" device implements what is known as a 'Phoenix-compatible dumbmouse smartcard reader'. All of the necessary intelligence or 'smarts' must be supplied by compatible application software run on an attached host computer.

29. The only smartcard application software that I have been able to locate, that (1) would work directly with the "Programmer" function in the "Atomic Multi-Purpose" device and (2) was available at the time of the defendant's purchase, is software useful in DIRECTV piracy.

DECLARATION OF MICHAEL BARR
NO. 03-12292-MLW – Page 8

30. Furthermore, the DSSPRO.COM website that sold the "Atomic Multi-Purpose" device neither mentioned nor provided a PC/SC driver to make the "Programmer" function compatible with other types of smartcard application software that was available at the time but written for PC/SC.

31. Persons who wish to obtain DIRECTV programming without authorization would be able to do so by using the "Programmer" function contained in the "Atomic Multi-Purpose" device in conjunction with DIRECTV-specific piracy software. The "Programmer" function in the "Atomic Multi-Purpose" device is compatible with numerous freely available programs that are solely useful for theft of DIRECTV programming. These pirate programs were available for free download from the Internet at the time of the defendant's purchase and remain widely available today.

32. None of the DIRECTV-specific piracy software currently known to me uses the PC/SC standard. Therefore, these programs ordinarily could not be used with legitimate smartcard readers.

33. Thus, although it is theoretically possible to use the "Programmer" function of the "Atomic Multi-Purpose" device in a limited set of applications that utilize a smartcard, from an engineering perspective such an approach makes no sense in the PC environment. Based on my analysis, it is my opinion that the "Programmer" function of the "Atomic Multi-Purpose" device was not designed for such legitimate uses. Nor does the possibility of such legitimate use alter my conclusion that this device was primarily designed to assist in the piracy of DIRECTV's satellite television signals.

34. The presence of the glitching circuitry in the "Atomic Multi-Purpose" device adds significantly to the cost of manufacturing, and thus, to owning the device. Given that stand-alone "programmers" are sold, often on the very same pirate websites, for about 1/3 the price of the device purchased by the defendant, it is extremely unlikely that someone would buy an "Atomic Multi-Purpose" device for the "programmer" function alone by mistake.

35. Each of the three functions of the "Atomic Multi-Purpose" device purchased by the defendant is primarily designed to circumvent DIRECTV's conditional access controls. The "Programmer", "Unlooper", and "T5 Loader" functions work both independently and in conjunction to allow the owner of an "Atomic Multi-Purpose" device to perform unauthorized modifications to one, two, or hundreds of DIRECTV P2 and P3 access cards.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

DATED: October 20, 2004

_____
Michael Barr