EXPERT REPORT AND DISCLOSURES OF MICHAEL BARR

## I. Background

Netrino, LLC ("Netrino") is an engineering services company specializing in the analysis, design, and implementation of embedded systems. Netrino has been retained by DIRECTV to provide expert testimony regarding technological aspects of DIRECTV piracy and the devices used in piracy of DIRECTV's satellite signals. In connection therewith, experts working for Netrino, including me, have (1) examined and tested devices provided by DIRECTV or obtained independently; (2) reviewed publicly available information on methods of circumventing conditional access controls to receive DIRECTV programming without authorization and without paying for it, including the contents of various websites; (3) used various hardware devices in conjunction with software tools from the DIRECTV pirate community to circumvent DIRECTV's conditional access controls; and (4) reviewed publicly available compilations of information including, but not limited to: the ISO7816-1/2/3 standards, the *Smart Card Handbook* (ISBN 0-471-98875-8), documentation available at *pcscworkgroup.com* relating to the PC/SC specification, the *Smart Card Developer's Kit* (ISBN 1-57870-027-2), and datasheets for relevant electronic components, including Atmel AVR microprocessors and digital logic chips from Philips, Texas Instruments, and other companies.

The Netrino expert who is likely to testify is Michael Barr ("I"). Attached hereto as Schedule 1 is Michael Barr's curriculum vitae, which includes a list of all publications



he has authored in the past 10 years and all matters in which he has provided trial or deposition testimony in the past 4 years, and a disclosure of Netrino's fees for expert witness services. The same fees shall apply for any defendant who wishes to take testimony from the expert. Similar information is provided for Bill Gatliff, Nigel Jones, and David Simon, who are other Netrino experts who have provided expert analysis for DIRECTV on these devices and other devices, and who may be called upon for testimony in the event of scheduling conflicts.

Reports that reflect the analysis of individual devices and the experts' opinions are attached hereto as Schedule 2.

In addition, Netrino provides this overview of DIRECTV's conditional access system and methods used to circumvent that system.

## II. General Opinions and Basis for Opinions

### A. DIRECTV's Conditional Access System

A DIRECTV system consists of a DIRECTV-compatible satellite dish, a DIRECTV receiver, a DIRECTV access card, a television, and cabling to connect these components. Together, these components convert DIRECTV's encrypted satellite signal broadcasts to viewable programming that can be displayed on the attached television of a DIRECTV customer. See Figure 1.

A DIRECTV receiver (also known as an "integrated receiver/decoder," or "IRD") is a device connected to the television that receives DIRECTV's encrypted signal from the satellite dish. The DIRECTV receiver processes and decrypts incoming signals with assistance from an authorized DIRECTV access card inserted into it. When there is no DIRECTV access card inserted into the DIRECTV receiver or the inserted access card is unauthorized, no pay channels are viewable on the television. When an authorized

Expert Report and Disclosures                                              9/27/2004

DIRECTV access card is inserted into the DIRECTV receiver, only those channels that have been specifically subscribed to or purchased by the customer will be decrypted and made viewable.



*Figure 1.  The components of a DIRECTV system*

DIRECTV access cards are smartcards, which are similar in size and shape to credit cards but contain an embedded computer and memory.  DIRECTV's smartcards control access to programming; hence the name "access card."  DIRECTV's access cards contain DIRECTV-specific hardware and software that is designed to: (1) provide authorization to decrypt DIRECTV satellite broadcasts for customers who have subscribed to those services; and (2) record pay-per-view purchase records for later upload to DIRECTV for billing purposes.  A non-volatile memory device within the DIRECTV access card stores software and data, which may change during the life of the smartcard, but that survives even if electrical power is turned off.

Expert Report and Disclosures                                                        9/27/2004

A special part of the DIRECTV access card, known as the "Application Specific Integrated Circuit" ("ASIC"), plays a primary role in video decryption. After the software in the DIRECTV access card determines that the user is tuned to a channel that he is authorized to watch, it uses the ASIC to generate the decryption keys the DIRECTV receiver needs to decrypt the video signal. The decryption keys change periodically, and DIRECTV broadcasts messages announcing these changes. The DIRECTV receiver forwards these messages to the DIRECTV access card, which in turn sends them to the ASIC, which generates new decryption keys. See Figure 2.



*Figure 2. The role of the DIRECTV access card*

DIRECTV has from time to time introduced new generations of their access cards and disabled older access cards. The five generations of access cards issued to date are known as the P1 (also known as 'F,' because the serial numbers of those cards begin with the letter F), P2 (also known as 'H,' for the same reason), P3 (also known as 'HU'),

P4, and D1 cards. In our reports, we refer to these cards as P1, P2/H, P3/HU, P4, and D1. Only the P4 and D1 access cards are currently able to receive DIRECTV's signals. The P1 access cards could be used to receive DIRECTV's signals until July, 1997; the P2/H access cards, until October, 2002; the P3/HU access cards, until April, 2004.

### B. Devices Used For Piracy of DIRECTV's Satellite Broadcasts

<u>Methods of DIRECTV Piracy</u>

Since July, 1997, all known methods of receiving DIRECTV's signals without authorization from DIRECTV rely upon modifying the access card or its behavior in ways not authorized by DIRECTV. We refer to this unauthorized use of the DIRECTV signal in our reports as "piracy." Although DIRECTV uses various security measures to prevent piracy, certain electronic devices can be used to thwart these measures.

Some modifications to an access card permit the user to remove pay-per-view ("PPV") purchase records so that they will not be billed by DIRECTV for those purchases. Other modifications provide the user access to all or most of the satellite programming provided by DIRECTV without authorization from DIRECTV and without payment to DIRECTV.

<u>Smartcard Readers</u>

Smartcard readers are devices that read data from and write data to ISO7816-compliant smartcards. They typically attach to a computer with a cable, often to the serial port or the USB port of the computer. There are many sources for smartcard readers, and many such devices sold by that name are legitimate products. Most legitimate smartcard readers comply with the PC/SC specification, which specifies how software running on various computers can communicate with a smartcard installed in a smartcard reader. Since at least 1998, Microsoft has encouraged developers writing

Expert Report and Disclosures                                                9/27/2004

smartcard software intended to work with its Windows operating systems to use the PC/SC specification.

Persons who wish to obtain DIRECTV programming without authorization have been able to modify the non-volatile memory contents of a DIRECTV access card with DIRECTV-specific piracy software and a compatible smartcard reader. Smartcard readers compatible with DIRECTV-specific piracy software are of a type of technology known as "Phoenix-compatible" dumbmouse smartcard readers and have a specific wiring interface to the serial port of the attached PC; all of the necessary "smarts" must be supplied by compatible software run on an attached host computer. Mostly, smartcard readers compatible with DIRECTV-specific piracy software are not sold with the software necessary to make them compatible with the PC/SC specification. (The DIRECTV-specific piracy software currently known to us is incompatible with the PC/SC specification, as it is designed to interface directly to a compatible dumbmouse smartcard reader.)

Because of certain software vulnerabilities in DIRECTV's P2/H generation of access cards, DIRECTV pirates could for some time use a Phoenix-compatible dumbmouse smartcard reader to modify an access card without violating the ISO7816 smartcard standards. DIRECTV eliminated many of these vulnerabilities, first by sending software updates over the air to the P2/H access cards and later by replacing the P2/H access cards themselves with the P3/HU and P4 access cards. With the P3/HU and P4 access cards, even Phoenix-compatible dumbmouse smartcard readers will not perform the necessary modifications; DIRECTV pirates must thus resort to other electronic devices (such as those described later in this document) to circumvent access card security features. However, Phoenix-compatible dumbmouse smartcard readers remained useful to DIRECTV pirates for "emulation," which is described below, until April, 2004.

Expert Report and Disclosures                                    9/27/2004

### Electronic Countermeasures

DIRECTV periodically sends out electronic signals that target modified access cards. These signals, known as electronic countermeasures ("ECMs"), detect cards modified by pirates and disable them. Some ECMs disable modified access cards by putting the software they run into an endless "loop." When a modified access card is in a loop, it is not capable of receiving DIRECTV signals. Other ECMs irreversibly change the "write once" memory on an access card as a means of preventing it from being used further.

On Sunday, January 21, 2001, DIRECTV sent out a particularly effective ECM that caused an irreversible change to the "write once" area of modified P2/H access cards. That ECM, referred to as "Black Sunday" by pirates, resulted in the disabling of an unknown number of modified access cards that had been used to view DIRECTV's television programming without authorization prior to that date. Black Sunday was extremely effective and left a large number of pirates temporarily without any ability to view DIRECTV's programming without authorization.

### Unloopers

Although "unloopers" originally got their name from their ability to stop the endless "loop" created by some ECMs that disabled modified P2/H access cards, the same hardware can also be used to circumvent the security features of DIRECTV P3/HU access cards and modify those access cards by "loading" new software or data into the memory. An unlooper device is thus often marketed as an "unlooper/loader" or "HU loader"; other common names for such devices are "smart card repair terminals" and "all-in-ones." Because they are functionally equivalent, we apply the term "unlooper" to any such device.

An unlooper enables a pirate to read and write the software and data stored in a DIRECTV access card's non-volatile memory. All unloopers include specific electronic components whose sole function is to manipulate the power supply and clock signals supplied to a smartcard in a manner that intentionally violates the ISO7816-3 standard and normal engineering practice. There is no legitimate application of this voltage manipulation capability, which is often referred to as "glitching."

An unlooper sends a "glitch" to the microprocessor in an inserted smartcard with the intent of causing it to skip an instruction or malfunction in some other way of use to pirates. By glitching at one or more precise times in the smartcard's internal software instruction sequence, the unlooper modifies the behavior of the software in a DIRECTV access card as it runs.

Glitching is an activity that is neither required, recommended, nor condoned by any ISO7816 or other smartcard standard. Smartcard readers don't contain circuitry that delivers a glitch to the inserted smartcard. Unloopers, on the other hand, devote a significant portion of their hardware and cost to providing this standards-violating feature.

With one exception, all of the unloopers we have examined to date have been designed around an Atmel AVR AT90S2313 microcontroller chip, usually referred to in the DIRECTV pirate community as an "Atmel" or "Atmel chip."[1] In addition to other capabilities, the Atmel chip can store the software it will run in a nonvolatile memory contained on the chip. In order for the unlooper to function, the nonvolatile memory in the Atmel chip must be loaded with "firmware" (a type of software) that controls the glitching function of the unlooper device. In conjunction with pirate PC software, the

---

[1] The exception uses the Atmel AVR AT90S8515, which is quite similar to the Atmel AVR AT90S2313.

Expert Report and Disclosures                                      9/27/2004

pirate firmware commands the glitching circuit to glitch in a certain way, at a certain time, and for a certain duration.

Unloopers are often sold with the glitching firmware "pre-flashed." This means that the Atmel chip in the unlooper has already been loaded with the pirate firmware. Other unloopers are sold with "blank" Atmel chips, on which the user must load firmware himself, or with empty sockets into which the user must insert an Atmel chip that is purchased separately. There are various types of pirate firmware; some common names for the versions used by DIRECTV pirates are "SU2" code, "WT2" code, and "WTX" code (also known as "X"). Atmel chips pre-flashed with pirate firmware are at times also referred to by the name of the firmware they contain, e.g., "SU2." An Atmel chip containing different firmware may be inserted into an unlooper, replacing another Atmel chip, in order to "upgrade" the capabilities of the unlooper as new DIRECTV ECMs are reverse engineered by the pirate community. In many unloopers new firmware can also be loaded directly into the existing Atmel chip from free downloads available on the Internet.

An individual with little technical knowledge and mere possession of an unlooper can easily "flash" pirate code onto an inserted Atmel chip. Most unloopers are designed to make this process easy. The availability of pirate unlooper firmware for free from the Internet reduces almost to zero the work and technical knowledge required to load and use pirate firmware after purchasing an unlooper. The user can simply download the freely available firmware to his personal computer, connect the unlooper to the computer, and "flash" pirate code onto a blank Atmel chip inserted into the unlooper.

Expert Report and Disclosures                                           9/27/2004

Unloopers are designed for the purpose of circumventing DIRECTV's conditional access system. They have no commercially significant purpose other than to modify DIRECTV access cards.

Bootloaders

A "bootloader" (also known as a "DPBB") is a device designed specifically to overcome the effects of DIRECTV's Black Sunday ECM, which targeted modified P2/H access cards. A bootloader is a printed circuit board that is designed to be inserted into an DIRECTV receiver in place of a valid access card and is used in conjunction with a modified P2/H access card.   See Figure 3.



*Figure 3.  A bootloader is a device inserted between the access card and the receiver*

Like an unlooper, a bootloader "glitches" the inserted DIRECTV access card. When the DIRECTV Receiver tries to start the program on the access card, the

bootloader intercepts that signal. Shortly thereafter, it sends its own "reset" signal to the inserted P2/H access card. Then, 522 clock cycles later—when the microprocessor in the P2/H access card comes to the location in its program where the Black Sunday ECM prevents the access card from continuing—the bootloader delivers a glitch. This single glitch causes the software in the access card to continue as if the Black Sunday ECM had never happened. The bootloader's glitch thus modifies the behavior of the access card in such a way that DIRECTV's Black Sunday or similar ECM is overcome.

Bootloaders are designed for the purpose of circumventing DIRECTV's conditional access system. Bootloaders are only of assistance in the unauthorized decryption of DIRECTV's satellite transmissions of television programming.

We are aware of no purpose or use for a bootloader other than to modify the behaviors of a P2/H access card that was previously modified and subsequently disabled by the Black Sunday ECM.

Emulators

A technique called "emulation" allows a pirate to mimic the functions of an access card in order to circumvent the DIRECTV conditional access system and thus receive all or most of DIRECTV's programming without paying for it. In this context, devices called "emulators" are printed circuit board devices designed to be inserted into a DIRECTV receiver in place of a valid access card.

The user of an emulator inserts the device into the DIRECTV receiver in place of the DIRECTV access card. A cable is then attached from the emulator to the serial port of a personal computer ("PC"). Emulation software running on the attached PC is then used to mimic the expected behavior of a DIRECTV access card.

As far as we know, no software has been written to emulate the ASIC that generates the decryption keys. Thus, a complete emulation system needs the ASIC on a

Expert Report and Disclosures                                    9/27/2004

real DIRECTV access card to generate decryption keys.  Pirates accomplish this by creating what is known as an "AUX card," which is a modified DIRECTV access card that allows the pirate emulation software to use the ASIC to generate decryption keys. The AUX card for use in this setup is created with the use of a Phoenix-compatible dumbmouse smartcard reader (P2/H access cards) or an unlooper (P2/H or P3/HU access cards).

A complete "emulation system" consists of an emulator and a Phoenix-compatible dumbmouse smartcard reader (or unlooper acting as such) containing an AUX card, both connected to a single PC.  See Figure 4.



*Figure 4.  The components of a DIRECTV emulation system*

Expert Report and Disclosures                                          9/27/2004

When the emulator is inserted into the DIRECTV receiver, the receiver thinks it is communicating directly with a DIRECTV access card and sends and receives data normally. However, the emulator forwards the data from the receiver to the user's PC. Pirate software running on the PC generates a video decryption key with the help of the ASIC on the AUX card; this decryption key is then sent back through the emulator to the DIRECTV receiver, and the deception is complete.

Note that a side benefit to pirates using emulation is that the AUX card can be protected from DIRECTV's ECMs by the emulation system.

Emulators of the type used for DIRECTV piracy are designed for use in satellite TV piracy. They are not general-purpose devices intended for smartcard software development and they are not compatible with any such legitimate tool. Legitimate products called "emulators" that are used in certain software development activities have far more sophisticated, complex hardware and software. The devices at issue are not compatible with any legitimate software development tool we are aware of.

Pirate device manufacturers have also created standalone emulation devices that provide unauthorized access to DIRECTV satellite programming by replacing the personal computer in this setup with a dedicated "embedded" computer system that is made part of the emulator device. These standalone devices replace both the PC and smartcard reader in Figure 4 and are also termed "emulators".

### C. Specific Devices at Issue

Netrino expert opinions regarding the design, function, and purpose of the pirate access devices at issue are attached hereto as Schedule 2. I wrote or have reviewed each of the attached reports. Based on my examination of the devices at issue and other similar devices, I am in agreement with the analysis and opinions contained in those reports that were written by other experts working for Netrino; I adopt all of the opinions of the attached reports as my own.

### D. Exhibits and/or Demonstrations to Be Used

In addition to the Exhibits attached to Schedule 2, Netrino's testifying expert, and/or DIRECTV may use the following at trial to summarize or support the opinions expressed herein: (1) a sample or specimen of the device(s) at issue; (2) a demonstration of the piracy software commonly used in conjunction with the device(s), if any; and (3) an actual or videotaped demonstration of the devices being used to pirate DIRECTV signal.

### E. Analysis

The current analysis is provided based on information reviewed to date. The facts and information obtained in discovery and investigation may alter the report and/or the conclusions reached herein.

This report and the exhibits attached to it summarize my opinion as of September 27, 2004.

_Michael Bar_

Michael Barr

# SCHEDULE 1



## Curriculum Vitae of **Michael Barr**
30 September 2004

**Summary**  Electrical engineer with formal training in computer science and over a decade of embedded systems design and implementation experience. Involved with products ranging from high-end dual processor consumer electronics to physical therapy equipment built around simple 8-bit microcontrollers.

| | |
|---|---|
| **Languages** | C, C++, Java, Assembly (several), and Visual Basic |
| **Processors** | Microchip PIC, Intel 80x86, SPARC, TI DSP, Motorola 68k, and PowerPC |
| **Operating Systems** | VxWorks, VRTX, Windows, DOS, Linux, and Solaris |
| **Network Protocols** | TCP/IP and UDP/IP, CEBus, and ISDN |

### Ongoing Activities

**Lecturer**                                                                                        Sep 2000 - present
*University of Maryland, College Park, MD*

- Member of the adjunct faculty of the Department of Electrical and Computer Engineering.
- Taught operating systems theory and internals to senior undergraduate and graduate students.
- Designed and supervised independent study projects related to real-time embedded software development.

**Consulting Technical Editor**                                                          Feb 1999 - present
*Embedded Systems Programming, San Francisco, CA*

- Wrote feature articles, special reports, and columns on various issues of concern to embedded systems designers.
- Acted as technical consultant and embedded software expert to other CMP Media magazines, websites, and conferences.
- Located prospective authors and worked with them to develop their technical knowledge and ideas into articles.
- For more than three and a half years, served as Editor-in-Chief for this monthly technical journal with over 50,000 subscribers.
  - Supervised the editorial staff and process, and worked closely with the publisher and advertising sales team.
  - Selected feature articles for publication and planned the content of each issue.
- For two years prior to serving as Editor-in-Chief, edited all articles and columns for technical accuracy.

Michael Barr's CV                                                                                9/30/2004

**Advisor, Speaker**                                                                       **Jan 2001 - present**
*Embedded Systems Conference, San Francisco, CA*

- Member of the Advisory Board for the popular annual Embedded Systems Conferences.
- Provided industry viewpoint and observations on ongoing and emerging trends in the marketplace.
- Suggested possible new course and panel topics and speakers for future events.
- Taught courses on embedded programming in C, C++, and Java, led panel discussions, and moderated birds-of-a-feather discussions (since 1998).

## Engineering Experience

**Senior Consultant**                                           **Sep 1999 - May 2000, Jan 2002 - Aug 2003**
*Baltimore Therapeutic Equipment, Hanover, MD*

- Fixed bugs in an assembly language program for a Microchip PIC16C67 processor. The processor was embedded within a piece of physical therapy equipment.
- Designed the firmware for two different products based on that same chip. The new design was implemented entirely in C, by taking advantage of some compiler extensions for the PIC, and was easily re-compiled to run on either hardware platform.
- Developed algorithms for low-level machine control. These algorithms included code to control a mechanical brake via PWM and closed loop feedback, calibrate that brake's force output curve, and prevent user injury in the event of a communications failure.
- Designed and implemented a flash bootloader to allow the firmware in the PIC to be quickly and easily upgraded in the field.
- Designed and implemented a hierarchical state machine to be run on an AMD188ES-based Tern controller. The resulting state machine drives a motor and controls the operational modes and behaviors of high-end physical therapy equipment.
- Designed and implemented bootloaders for three embedded systems, making the application firmware stored in each flash upgradeable in the field.

**Senior Consultant**                                           **Oct 1998 - Feb 1999, Feb 2001 - Sep 2001**
*Hughes Network Systems, Gaithersburg, MD*

- Independently developed and described the software architecture for a complex, multi-processor digital set top box to be jointly developed by Hughes Network Systems, America Online, and DirecTV. The suggested architecture was based on my work on a similar product several years before (see below), as well as an immense list of product requirements stemming from the three partners. The design was implemented by a team of engineers.
- Working as part of a team, designed and implemented software to add digital video recording (DVR) capabilities to this same product. Our software was written in C and ran on the VxWorks real-time operating system.

Michael Barr's CV                                                        9/30/2004

**Principal Software Engineer**                                  Jun 1997 - Sep 1998
*TSI TelSys, Columbia, MD*

- Wrote software in Java to convert any valid Java program into a synthesizable hardware design, in Verilog.
- Developed Solaris and Windows NT device drivers for a PCI-based reconfigurable coprocessor card.
- Led the effort to produce and sell a development and prototyping platform for users of the microSPARC-IIep processor.
- Designed and implemented a set of development tools for designers of applications based on reconfigurable computing technology.
- Wrote an InstallShield application for distributing the above software to computers running Windows 95/98/NT.

**Embedded Software Engineer**                                  Jun 1994 - May 1997
*Hughes Network Systems, Gaithersburg, MD*

- Developed a Windows NT device driver for a high-speed I/O device on a PCI card.
- Successfully led a short-term, three-person project to resolve a software problem that had been plaguing internally-developed test equipment for more than six-months.
- Implemented the CEBus network protocol in a high-volume consumer electronics product. Coordinated with engineers at Hitachi in Japan to design the application-layer interface between our product and a digital VCR.
- Wrote and optimized an Ethernet driver for the Intel 82596 LAN Coprocessor.
- Developed my own implementation of the UDP/IP protocol stack that included BOOTP, TFTP, and ARP client software, but only required 8-kilobytes of memory—a ten-fold decrease over the commercial package we had been using.
- Ported the VRTX and VxWorks board support packages to multiple internally-designed hardware platforms. Boards were primarily based on Intel 80188Ex, i960, and PowerPC processors.
- Maintained and supported a proprietary operating systems API for VRTX, VxWorks, and other commercial real-time operating systems. The standardization of the operating system calls increased the portability of application software—and programmers—across projects.

**Software Engineer**                                          Jul 1992 - May 1994
*Department of Communication Services, College Park, MD*

- Designed and implemented an automated system to convert e-mail to speech and forward it to the voice-mail box of the intended recipient. The system became popular and was used throughout the department.
- Created an ISDN telephone from a personal computer and a PC/ISDN board. A debugging feature of the software allowed the computer-phone to be used as a Q.921/Q.931 communications monitor.
- Developed a Windows interface for an AT&T ISDN voice/data telephone. The program not only controlled the telephone, but also added new functionality to it.

Michael Barr's CV                                                              9/30/2004

## Business Experience

**Founder, President**                                              **Nov 1996 - present**
*Netrino, Annapolis, MD*

- Founded and ran an engineering consulting company specializing in the analysis, design, and implementation of real-time and embedded software on a contract basis.
- Both fixed-price and hourly contracts were successfully performed by myself and other consultants whom I supervised.
- Expanded the business by branching out into related areas, for example by having our engineers speak at conferences and testify as expert witnesses.
- Developed online courses and conducted on-site training related to embedded software development.

**Co-Founder**                                                        **May 2000 - Dec 2001**
*Hang40, Ellicott City, MD*

- Co-developed an idea for improving the results of search requests in library, database, intranet and Internet searches through phonetic transcription.
- Described the product idea to a level of detail sufficient to file a patent application.
- Sought and obtained financial support from the University of Maryland's Office of Technology Commercialization.
- Assisted in the development of a prototype software implementation that could be integrated with existing commercial search engines.
- Briefly sought funding from venture capitalists. Though ours was a good idea, equity funding opportunities became more limited just as we were getting off the ground.

## Education

**Master of Science in Electrical Engineering**                          **May 1997**
*University of Maryland, College Park, MD*                             GPA 3.7/4.0
**Bachelor of Science in Electrical Engineering**                        **May 1994**
*University of Maryland, College Park, MD*                             GPA 3.6/4.0

## Professional Associations

*Member,* Institute for Electrical and Electronic Engineering

*Member,* Electronic Frontier Foundation

Michael Barr's CV                                                                                9/30/2004

## Publications

### Books

Barr, Michael. <u>Programming Embedded Systems in C and C++</u>. O'Reilly & Associates, 1999.

Ganssle, Jack and Michael Barr. <u>Embedded Systems Dictionary</u>. CMP Books, 2003.

### Articles and Papers

Barr, Michael and Brian Frank. "Java: Too Much for Your System?," *Embedded Systems Programming*, May 1997.

Barr, Michael. "Controlling Run-Time Reconfigurable Hardware Designs with Java," DesignCon, January 1998.

Barr, Michael and Jason Steinhorn. "Kaffe, Anyone? Implementing a Java Virtual Machine," *Embedded Systems Programming,* February 1998.

Barr, Michael. "A Reconfigurable Computing Primer," *Multimedia Systems Design*, September 1998.

Barr, Michael. "A Free Java Virtual Machine for Embedded Systems," Embedded Systems Conference, November 1998.

Barr, Michael. "Choosing a Compiler: The Little Things," *Embedded Systems Programming,* May 1999.

Barr, Michael. "Programmable Logic: What's it to Ya?," *Embedded Systems Programming*, June 1999.

Barr, Michael. "Architecting Embedded Systems for Add-on Software," *Embedded Systems Programming,* September 1999.

Barr, Michael. "IrDA and Bluetooth," *Embedded Systems Programming,* October 1999.

Barr, Michael. "Checksums," *Embedded Systems Programming*, November 1999.

Barr, Michael. "Cyclic Redundancy Codes, Part 1," *Embedded Systems Programming*, December 1999.

Barr, Michael. "Cyclic Redundancy Codes, Part 2," *Embedded Systems Programming*, January 2000.

Barr, Michael. "Virtual Serial Ports," *Embedded Systems Programming,* February 2000.

Barr, Michael. "Language Lessons," *Embedded Systems Programming*, March 2000.

Barr, Michael. "TCP/IP or Not TCP/IP?," *Embedded Systems Programming*, April 2000.

Barr, Michael. "Calibration," *Embedded Systems Programming*, May 2000.

Barr, Michael. "MAC Daddy," *Embedded Systems Programming*, June 2000.

Barr, Michael. "Address Resolution Protocol," *Embedded Systems Programming*, July 2000.

Barr, Michael. "Software-Based Memory Testing," *Embedded Systems Programming*, July 2000.

Barr, Michael. "Internet Working," *Embedded Systems Programming*, September 2000.

Barr, Michael. "Introduction to Memory Types," *Embedded Systems Programming*, May 2001.

Barr, Michael. "K Virtual Machine," Embedded Systems Conference, July 2001.

Barr, Michael. "Java Technology Overview," Embedded Systems Conference, September 2001.

Barr, Michael. "Introduction to Pulse Width Modulation," *Embedded Systems Programming*, September 2001.

Barr, Michael. "Introduction to Watchdog Timers," *Embedded Systems Programming*, October 2001.

Brown, Chris and Michael Barr. "Introduction to Endianness," *Embedded Systems Programming*, January 2002.

Barr, Michael. "Embedded Programming 101," Embedded Systems Conference, March 2002.

Barr, Michael. "Java 2 Micro Edition," Embedded Systems Conference, March 2002.

Barr, Michael. "Preparing Your System for Java," Embedded Systems Conference, March 2002.

Stewart, David and Michael Barr. "Introduction to Rate Monotonic Scheduling," *Embedded Systems Programming*, March 2002.

Kalinsky, David and Michael Barr. "Introduction to Priority Inversion," *Embedded Systems Programming*, April 2002.

Barr, Michael. "Toward a Smaller Java," *Embedded Systems Programming*, June 2002.

Beal, David and Michael Barr. "Embedded Linux and the Law," *Embedded Systems Programming*, August 2002.

Barr, Michael. "Introduction to Closed-Loop Control," *Embedded Systems Programming*, August 2002.

Ball, Stuart and Michael Barr. "Introduction to Counter/Timer Hardware," *Embedded Systems Programming*, September 2002.

Wagner, Brian and Michael Barr. "Introduction to Digital Filters," *Embedded Systems Programming*, December 2002.

Barr, Michael. "Choosing a Real-Time Operating System," *Embedded Systems Programming*, January 2003.

Michael Barr's CV                                                                                    9/30/2004

Berger, Arnold and Michael Barr. "Introduction to On-Chip Debug," *Embedded Systems Programming*, March 2003.

Labrosse, Jean and Michael Barr. "Introduction to Preemptive Multitasking," *Embedded Systems Programming*, April 2003.

Ball, Stuart and Michael Barr. "Introduction to Timer-Based Measurement," *Embedded Systems Programming*, August 2003.

Barr, Michael. "Fixed-Width Integers in C, C++, and C99," *Embedded Systems Programming*, February 2004.


## Patents and Awards

**Patents Pending**

Zeidman, Hafeman, and Barr. *Method and Apparatus for Synthesizing a Hardware System from a Software Description*.

Perret and Barr. *Method of Calibrating a Brake System for Stationary Equipment and Apparatus for Doing the Same*.

**Awards**

Outstanding Paper Award, *DesignCon*, 1998.


## Expert Witness Appearances

**Hearings**

DirecTV v. Andino, et. al., U.S. District Court for Central Florida, 27 Oct 2003

DirecTV v. Nguyen, U.S. District Court for Central Florida, 7 Nov 2003

DirecTV v. Iwan, U.S. District Court for Central Florida, 7 Nov 2003

DirecTV v. Emfinger, U.S. District Court for Central Florida, 7 Nov 2003

DirecTV v. Cabral, U.S. District Court for New Mexico, 30 Apr 2004

DirecTV v. Kubicek, et. al., U.S. District Court for Western Louisiana, 22 Jun 2004

Michael Barr's CV                                                           9/30/2004

**Trials**

DirecTV v. Frye, et. al. (jury), U.S. District Court for South Carolina, 22 Jan 2004

DirecTV v. Escalona (bench), U.S. District Court for Southern Florida, 2 Feb 2004

DirecTV v. Craft (bench), U.S. District Court for Northern Florida, 6 Apr 2004

DirecTV v. Schaffer (bench), U.S. District Court for Southern Alabama, 17 Jun 2004

DirecTV v. Crespin (jury), U.S. District Court for Colorado, 28 Jun 2004

DirecTV v. Medina (jury), U.S. District Court for South Carolina, 26 Jul 2004

DirecTV v. Murray, et. al. (jury), U.S. District Court for South Carolina, 11 Aug 2004

DirecTV v. Walsh (bench), U.S. District Court for Middle Pennsylvania, 30 Aug 2004

DirecTV v. Taylor (bench), U.S. District Court for Western Tennessee, 29 Sep 2004

**Depositions**

DirecTV v. Laroe, et. al., Colorado, 13 Feb 2004

DirecTV v. Denton, et. al., Georgia, 26 May 2004

DirecTV v. Stoner, et. al., North Carolina, 27 May 2004

# SCHEDULE 2

# Netrino

## Expert Report: Atomic P.U.T.

by Michael Barr

31 October 2003

### Summary

After carefully analyzing and testing an Atomic P.U.T. device and reviewing relevant documents, I have concluded that the Atomic P.U.T. device was designed for the purpose of circumventing DIRECTV's conditional access controls.

The rationale for the above conclusion is based on my findings that:

1. The Atomic P.U.T. device can, in fact, be used to circumvent DIRECTV's conditional access controls.
2. The design of the Atomic P.U.T. device is equivalent to the design of other devices known to circumvent DIRECTV's conditional access controls.
3. The Atomic P.U.T. device was marketed for the purpose of circumventing DIRECTV's conditional access controls.
4. Legitimate uses of the Atomic P.U.T. device are implausible.

Atomic P.U.T.                                                    10/31/2003

## Background

On October 28, 2003, I received a device described as an "Atomic P.U.T." from DIRECTV for analysis. I was asked to review the design of this device and render my independent opinion as to its nature.

To perform my analysis, I removed the plastic casing from the device, carefully examined the design of the hardware through visual and electrical inspection, and experimented with the use of the device with various pieces of PC software publicly available at Internet web sites devoted to DIRECTV piracy.

## Evidence and Analysis

**Evidence: The Atomic P.U.T. device contains circuitry designed to communicate with smartcards, including DIRECTV access cards.**

Figure 1 is a photograph of the Atomic P.U.T. device. Not visible in the photo is a see-thru sticker affixed to the top with purple lettering that reads:

> ➢ "DSSPRO.COM"
> ➢ "www.dsspro.com"

On the front side of the device there is a smartcard connector compatible with the ISO7816-2 standard. In Figure 1, a DIRECTV P2/H access card has been inserted into the smartcard slot.

Atomic P.U.T.                                                     10/31/2003



*Figure 1. The Atomic P.U.T. device with a DIRECTV P2/H access card inserted*

Figures 2 and 3 show the hardware detail more closely, its outer plastic case having been removed.



Page 3 of 19

Atomic P.U.T.                                                          10/31/2003

*Figure 2. A closeup of the Atomic P.U.T. device's electrical hardware (top)*



*Figure 3.  A closeup of the Atomic P.U.T. device's electrical hardware (bottom)*

Figure 4 is a portion of an electrical schematic for the Atomic P.U.T. device.  I produced this schematic after careful study of the actual Atomic P.U.T. device in my possession.  The device contains an Atmel AT90S2313 AVR microcontroller, which controls the VCC, CLK, and RST signals to the inserted smartcard.  Both the microcontroller and a PC connected via serial cable can communicate with an inserted smartcard via the I/O signal.

Atomic P.U.T.                                                                      10/31/2003



*Figure 4. Partial schematic diagram for the Atomic P.U.T. device*

**Evidence: The Atomic P.U.T. device contains specialized "glitching" circuitry that is useful for delivering signals that violate the ISO7816-3 specification.**

A "glitch" is an intentional momentary, controlled signal interruption. The op-amp (U1) and mux-demux (U7 and U8) parts in the schematic in Figure 4 form a specialized circuit that delivers precisely controlled, carefully timed VCC and CLK glitches to a DIRECTV access card inserted into the smartcard slot in the Atomic P.U.T. device. These glitches are controlled by the Atmel AVR microcontroller via general-purpose I/O signals PB3, PD2, and PD3.

Page 5 of 19

This specialized glitching circuitry does not appear in any ISO7816-compliant smartcard interface device. The presence of this circuit is neither required, recommended, nor even condoned by any relevant smartcard standard; in fact, precisely the opposite is true. The ISO7816-3 smartcard standard defines very specifically what the VCC and CLK signals supplied to the smartcard should look like. For example, ISO7816-3-compliant smartcards require voltages in the range of 4.5-5.5 V.

The inclusion of the specialized glitching circuitry in this device has no purpose other than to violate the ISO7816-3 specification in very specific ways at very specific times. Operating a smartcard under the non-standard conditions made possible by the Atomic P.U.T. device could electrically damage the inserted smartcard. At the very least, a smartcard subjected to glitches can be expected to either reset itself or malfunction. It is, in fact, a specific kind of malfunction in the DIRECTV access cards that the Atomic P.U.T. device is designed to cause and then exploit.

Figure 5 is a close-up photograph of the Atomic P.U.T. In this figure, a white box has been drawn around the portion of the device's electrical components that comprise the glitching circuit described above. Note that the glitching circuitry includes 7 of the 9 integrated circuits (aka, "chips") on the board (along with other discrete components) and consumes almost 50% of the product's total surface area. This circuitry appears only at the will of the Atomic P.U.T. device's designers. It is expensive to include all those extra components and doing so significantly increases the price and complexity of the final product.

Atomic P.U.T.                                                    10/31/2003



*Figure 5. The glitching circuit comprises much of the Atomic P.U.T. device's hardware*

**Evidence: While using the device with PC software called ExtremeHU the device violated the ISO7816-3 specification via glitching.**

I used an oscilloscope to observe the behavior of the glitching circuitry during a DIRECTV access card reprogramming session involving the Atomic P.U.T. device in my possession.[1] The oscilloscope screen capture in Figure 6 shows the output of glitching circuitry during an attempt to circumvent the security features of an inserted DIRECTV access card. The upper trace shows the VCC signal supplied to the access card. According to the ISO7816-3 standard for smartcards, the VCC signal should remain

---

[1] Reprogramming is one of the steps used to obtain DIRECTV content without paying for it.

Atomic P.U.T.                                                        10/31/2003

within the 4.5-5.5V range for the entire time that the card is inserted.  Instead, the
studied device has introduced a glitch voltage of about 2V for a period of about 200
nanoseconds, which is clearly visible in the trace.  A similar glitch occurs at the same
time in the CLK signal, which is shown in the bottom trace in Figure 6; this is also a
violation of the ISO7816-3 standard.



*Figure 6.  The Atomic P.U.T. device places precisely timed glitches like these on VCC and CLK*

The trigger for this oscilloscope capture was the AVR microcontroller's PD2
output pin, which is driven low when the DIRECTV pirate software wants to glitch
VCC and CLK.  The access card will continue to be glitched for as long as the PD2
signal is driven low by the Atomic P.U.T. device.  The Atomic P.U.T. device can also
precisely control the voltage level of the glitch, via PWM output pin PB3.

When an individual glitch is unsuccessful at circumventing the DIRECTV access
card's security features, the Atomic P.U.T. device applies another glitch using different

Atomic P.U.T.                                                              10/31/2003

voltage levels and timing. The device's ability to generate an almost infinite range of glitches at precisely timed intervals demonstrates the capabilities of its specialized, glitch-generating circuitry. When necessary, the device will glitch a DIRECTV access card several times a second until the security features of the card have been evaded or disabled; I have observed this behavior specifically.

**Evidence: While using the Atomic P.U.T. device with PC software called ExtremeHU the device circumvented DIRECTV's conditional access controls.**

For testing purposes, DIRECTV has provided me with several P3/HU access cards. I located the latest version (v3.5a) of the ExtremeHU software at DSSFILEEXCHANGE.COM, downloaded it, and installed it on a PC in my lab. I connected the Atomic P.U.T. device to the same PC via serial port COM1 and inserted one of the P3/HU access cards in my possession into the device.

Through the Atomic P.U.T., the ExtremeHU software was able to successfully communicate with the inserted DIRECTV access card. Further, the combination of the ExtremeHU software and the Atomic P.U.T. hardware were able to exploit security weaknesses of the P3/HU access card and, thereby, to read and modify the contents of the EEPROM on the smartcard.

Furthermore, menu commands in the ExtremeHU software allowed me to use the Atomic P.U.T. device to explicitly:

- ➢ read the identifying information in several access cards, such as the Card ID,
- ➢ modify the time zone and ZIP code stored in an access card,
- ➢ "unmarry" an access card so it could be inserted into a different IRD,
- ➢ read ("dump") the contents of an access card's EEPROM,

Atomic P.U.T.                                              10/31/2003

> modify the contents of an unactivated access card's EEPROM, in the process
creating a clone of an activated card,

> create a "PPV Only Card" from an unactivated access card,

> and "Wipe PPV" records so that past purchases of pay-per-views would not
be sent to DIRECTV's accounting servers.

All of the above activities are specific to circumventing DIRECTV's conditional access
controls. Such activities are not useful with any other smartcard.

Figure 7 is a screenshot of the ExtremeHU program as it controlled the Atomic
P.U.T. device during my testing. The screenshot shows glitching being explicitly used,
in an attempt to re-enable a P3/HU access card previously disabled by DIRECTV in
response to detected tampering activity.



Page 10 of 19

*Figure 7. Pirate software called ExtremeHU works with the Atomic P.U.T. device*

Note that when they were inserted into the Atomic P.U.T. device, neither other ISO7816 smartcards ("ACOS1" and "CryptoGram Secure Login") nor a DIRECTV P4 access card could be manipulated in any of the above ways. In all of these cases the ExtremeHU software reported that "This card has an invalid ATR."

**Evidence: The ExtremeHU software is not able to circumvent DIRECTV's conditional access controls without the Atomic P.U.T. or another compatible device.**

Significantly, the ExtremeHU software was <u>unable</u> to read or modify the EEPROM contents of a P3/HU access card when a standard ISO7816 smartcard reader from Advanced Card Systems (model ACR30S) was attached to the same serial port. The design of the Atomic P.U.T.'s hardware is thus clearly integral to the proper functioning of the ExtremeHU software.

**Evidence: The design of the Atomic P.U.T. device is equivalent to the design of other devices known to circumvent DIRECTV's conditional access system.**

The specialized glitching circuitry described above and shown in the schematic is not unique to the Atomic P.U.T. device. Several other devices that I have also studied, including the Dual Pro All-in-One, White Viper Unlooper, and Vector ULPro, include similar chips and effectively the same glitching circuit. In fact, the design of the Atomic P.U.T. and Vector ULPro [ULPro] devices are so similar that the glitching electronics of the two devices, down to the tiniest details of chip and discrete component numbering and IC manufacturer, are effectively identical.

Atomic P.U.T.                                                        10/31/2003

The very same Atmel AT90S2313 AVR microcontroller and I/O pins PB3, PD2, and PD3 are used to drive the glitching process in all of these devices. Such overwhelming similarities are striking, and are not just limited to the choice of the same microcontroller; these similarities are not the result of random chance. It is clear to me from studying these devices that they are all designed for the very same purpose and that the Atmel code is purposefully interchangeable.

**Evidence: The Atomic P.U.T. device was marketed for the purpose of circumventing DIRECTV's conditional access controls.**

A printed copy of pages of the DSSPRO.COM website [DP2001] shows that Atomic P.U.T. devices were marketed for sale alongside other known DIRECTV pirate devices such as bootloaders and emulators. In addition, marketing language describing the Atomic P.U.T. device specifically states:

> ➢ "Fully in-line flashable To every known software (**Hu**, Su2, Su2BS, WT, WTX, WT2,)"
> ➢ "Use the #2 and #5 to switch to **Hu mode.**"
> ➢ "Use the #1 and #5 to switch to **Unlooper** mode and **Atmel flash** mode."
> ➢ "Use the #5 to switch to **Phoenix programmer** mode."
> ➢ "Multi Use dip switches all for High/Reverse Glitching"
> ➢ "comes with the Su2 code and ready to go."
> ➢ "To switch to P3 mode, flip the #2 and #5 switch up and this will enable the machine to act as a loader and no longer as a unlooper (this will enable the Micro Processor chips on the bottom to enter the Glitching Modes). Now simply flash the Atmel chip with any P3 Codes and your unit will become a fully functioning P3 Loader."

> "To switch back to Unlooper Mode, simply flip the switch down and flash to any code (WTX, Su2, Su2BS) you may wish to use."

> "This wonderful unit can also be used as a programmer. Just flip #5 switch up, you get a <u>Netsignia/Next Gen</u> compatible programmer."

(Bold emphasis from original website copy; underline emphasis added by the author of this report.) Elsewhere on that same web page, the acronym "P.U.T." is expanded to "Programmer/Unlooper/T5 Loader."

Note that the mentioned "Netsignia NextGen" programmer and "T5 Loader" are other devices popular in the DIRECTV pirate community. The "Su2" code provided with the Atomic P.U.T. device is designed for unlooping DIRECTV's P2/H access cards. "Su2BS", "WTX", and "WT2" are other examples of Atmel firmware that can be used with unlooper hardware such as that found in the Atomic P.U.T. device to circumvent the security features of DIRECTV's P2/H access cards. References to "P3 Codes" and "Hu mode" make it clear that the same hardware can also be used to circumvent the conditional access controls in DIRECTV's P3/HU access cards; such "codes" include the popular Atmel firmware known as "UL4S", with which I did much of my testing.

**Evidence: Attempts to operate a smartcard outside the specified electrical ranges are a known form of attack on smart cards.**

Almost all of the known applications for smartcard technology use the cards essentially as secure memory devices. That is, the microprocessor and software on the card, along with other design features, exists to protect the contents of the smartcard's EEPROM from unauthorized reads and writes.

In 1998, [Guthery] defined an "induced error attack" as follows:

Atomic P.U.T.                                                                10/31/2003

> "An attack on a smart card's security system... by subjecting the
> card to unusual environmental conditions such as temperature,
> voltage, microwaves, radiation, and so on." [p. 325]

Correctly predicting what actually does happen when a DIRECTV access card is
subjected to glitching by an Atomic P.U.T. device, [Rankl] attempted to describe the sort
of thing that might happen to a smartcard subjected to induced error attacks:

> "it could for example happen that the program counter becomes
> unstable when the chip is operated outside of its specified supply
> voltage range, which in turn could lead to uncontrolled jumps
> within the program" [pp. 416-417]

There is no legitimate use for glitching circuitry; devices that glitch smartcard
voltages are simply designed to circumvent security features of the targeted class of
smartcards via induced error attacks. In the case of the Atomic P.U.T. device, the
targeted class of smartcards is DIRECTV's P2/H and P3/HU access cards.

**Evidence: The part of the Atomic P.U.T. device that does not violate the ISO7816-3
specification via glitching is insignificant.**

The Atomic P.U.T. device is marketed as a multi-function device. Indeed, as the
expansion of the name P.U.T. makes clear, this device is capable of use as a
(P)rogrammer, an (U)nlooper, and a (T)5 loader. However, all but two of the electrical
parts in the Atomic P.U.T. device (see Figure 8) were included for the unlooper/loader
functions, both of which utilize the specialized glitching circuitry heavily.[2]

---

[2] Historically speaking, the DIRECTV pirate community describes a device capable of "unlooping" P2/H
access cards as an "unlooper". Whereas a device capable of circumventing the security features of P3/H
access cards are called "loaders". Electrically speaking, however, there is no difference between an

Atomic P.U.T.                                                               10/31/2003



*Figure 8. Over 90% of the Atomic P.U.T. device's hardware is for the unlooper mode*

The two parts labeled "Reader Parts" in the figure were added by the designer to make it possible to switch the device into a dumbmouse reader/writer (a.k.a., smartcard programmer) mode. This functionality was provided as a convenience to DIRECTV signal pirates, who also use dumbmouse reader/writers (see, for example, [WVRW]) to circumvent DIRECTV's conditional access controls.

---

unlooper and a loader; a simple upgrade of the Atmel firmware is all that's needed to switch between these two functions. There is no extra cost for the manufacturer to include both of these features in a single device.

Atomic P.U.T.                                                                    10/31/2003

## Findings

Based upon the clear evidence presented above, I find that the Atomic P.U.T. device can be used to circumvent DIRECTV's conditional access controls. Specifically, I observed that the Atomic P.U.T. device can be used with software called ExtremeHU to circumvent conditional access controls in DIRECTV's P3/HU access cards. Furthermore, the Atomic P.U.T. device can be used as part of a DIRECTV access card emulation system to intercept virtually all of DIRECTV's content without authorization.

In addition, I find that the Atomic P.U.T. device was marketed for the purpose of circumventing DIRECTV's conditional access controls. For example, at DSSPRO.COM, the Atomic P.U.T. device was marketed for sale alongside other known DIRECTV pirate devices such as bootloaders and emulators. Marketing language on that site specific to the Atomic P.U.T. also makes clear its capabilities with respect to DIRECTV's P2/H and P3/HU access cards.

I further find that the design of the Atomic P.U.T. device is intentionally equivalent to the design of other similar devices I have examined and which were also marketed for the purpose of circumventing DIRECTV's conditional access controls. Such devices, known generally as unloopers and unlooper/loaders are, against all reasonable odds, virtually identical in their electrical design and functionally equivalent. All of the Atmel firmware for these devices is, in fact, interchangeable by design, and despite my best efforts I could not find any firmware for these devices that was not designed for DIRECTV signal piracy.

Finally, there is no legitimate reason to glitch a smartcard. In fact, the use of glitching to create induced error attacks is a well-known concern in the smartcard

design community. Given that about 80% of the chips and 50% of the surface area of the Atomic P.U.T. device were included solely for the purpose of creating glitches and that the glitching circuit has no other function in the device, it is clear that the device was designed specifically to perform such glitching. Obviously, the presence of the glitching hardware adds significantly to the cost of manufacturing (and thus owning) the Atomic P.U.T. device. Given that standalone smartcard programmers are sold—often on the very same pirate websites—for about 1/3 the price of the Atomic P.U.T. device (see [DP2001]), it would be extremely unlikely for a smartcard hobbyist to purchase an unlooper by mistake.

I thus conclude that the Atomic P.U.T. device was designed for the purpose of circumventing DIRECTV's conditional access controls. By enabling the circumvention of DIRECTV's conditional access controls, the Atomic P.U.T. device makes it possible for its owner to obtain DIRECTV's content, including pay-per-views and premium channels, without paying for it.

## Documents Reviewed

During my analysis of the Atomic P.U.T. device, I reviewed and had at hand the following documents:

[AVR2313]    "Atmel AT90S2313 8-bit AVR Microcontroller with 2K Bytes of In-System Programmable Flash" (datasheet)  Atmel. June 2002.

[Axelson]    Axelson, Jan. Serial Port Complete. Lakeview Research. Madison, WI, 2000.  ISBN 096508192-3

[DP2001]    A printout of web pages from http://www.dsspro.com made 5/31/01.

Atomic P.U.T.                                                                          10/31/2003

[Guthery]       Guthery, Scott B. and Timothy M. Jurgensen.  Smart Card Developer's
                Kit.  Macmillan Technical Publishing.  Indianapolis, 1998.

[HC00]          "74HC00; 74HCT00 Quad 2-Input NAND Gate" (datasheet)  Phillips
                Semiconductors, 30 Jun 2003.

[HC04]          "74HC04; 74HCT04 Hex Inverter" (datasheet)  Phillips Semiconductors,
                23 Jul 2003.

[HC4053]        "74HC/HCT4053 Triple 2-Channel Analog Multiplexer/Demultiplexer"
                (datasheet)  Phillips Semiconductors, December 1990.

[HC74]          "74HC74; 74HCT74 Dual D-Type Flip-Flop with Set and Reset; Postitive-
                Edge Trigger" (datasheet)  Phillips Semiconductor, 10 Jul 2003.

[ISO7816-2]     ISO/IEC 7816-2: Dimensions and Location of the Contacts.  International
                Standards Organization.  Geneva, 1999.

[ISO7816-3]     ISO/IEC 7816-3: Electronic Signals and Transmission Protocols.
                International Standards Organization.  Geneva, 1997.

[LM358]         "LM158/LM258/LM358/LM2904 Low Power Dual Operational
                Amplifiers" (datasheet)  National Semiconductor, March 2002.

[Rankl]         Rankl, Wolfgang and Wolfgang Effing.  Smart Card Handbook, Second
                Edition.  John Wiley & Sons.  2000.  ISBN 0-471-98875-8

[ST232]         "ST232: 5V Powered Multi-Channel RS-232 Drivers and Receivers"
                (datasheet)  STMicroelectronics, January 2003.

Atomic P.U.T.                                                    10/31/2003

[SU2BS01]     Gatliff, Bill.  "Expert Report: SU2BS01 Firmware."  October 21, 2003.

[ULPro]       Barr, Michael.  "Expert Report: Vector ULPro."  September 4, 2003.

[WT2]         Gatliff, Bill.  "Expert Report: WT2 Code."  October 28, 2003.

[WTX]         Gatliff, Bill.  "Expert Report: WTX Firmware." October 22, 2003.

[WVRW]        Barr, Michael.  "Expert Report: White Viper Reader/Writer."  October 22, 2003.

## Signature

Respectfully submitted,


_MICHAEL BARR_                _Michael Barr_         _10/31/03_
Author's Name (Printed)       Signature              Date