| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6/23/2001 | Atomic PUT | Atomic Multi-Purpose | 13592 | 179.99 | 1 | 179.99 | 0 | 12 | 191.99 | PayPal | | UPS 2nd Day Air (US Orders Only) | Craig | Patrick |
| | | | | | | 54 Holly lane | | Holliston | MA | United States | 1746 | 508-429-1326 | craigP_69 69@yahoo.com | Craig | Patrick |
| | | | | | | 54 Holly lane | | Hollisto n | MA | United States | 1746 | | | | |

**EXHIBIT A**