005130875_PATRICK

ACCOUNT NUMBER = 005130875

```
DTV                              Show Subscriber              10/14/04 02:31
Acct: 005130875 Name: CRAIG PATRICK                          Status: ACTV

  Business Name:  N                              Cust Seg:      - - -
  Name:           CRAIG        PATRICK
                                               Amount Due:        159.45
  Address:        54       HOLLY LN            Past Due:           66.16
                                               PPV Limit           49.99
  Apartment No:                                Comments:               6
  Zip Code:       01746-255354
  City:           HOLLISTON              *State/Prov: MA
  *County:        MIDDLESEX      *Country: USA    *Account Type: REG

  Home Phone:     508 429-1326         Use Alt Mailing Address: N
  Bus. Phone:               Ext:        In Broadcast Area:      Y
                                        *Cable Status:          A
  *Id 1:
  *Id 2:                               Sell Name To Mailing List: Y
                                       Receive Promotional Calls: Y
  Password:                            Receive Promotional Mail:  Y
  Chain/Dealer: K-MART/K-MART
  Services          DSS Access Card   Comments        Change
  CMS Card Chg Hist  Billing Ledger   Bill Image      Select New Account
```

```
DTV                              Show Subscriber              10/14/04 02:31
Acct: 005130875 Name: CRAIG PATRICK                          Status: ACTV

  Use Alternate Mailing Address:    N
                       Name:
                       Address:

                       City:
                       *State/Prov:
                       Zip Code:                      *Country:


  Use Credit Card:  N                Use Electronic Funds Transfer: N
  *Credit Card Type:                 Bank ID Number:
  Credit Card Num:                   Bank Acct Number:
  Expiration Date:                   Verify Received:
                                     EFT Transmission Days:
                                     EFT Due Date:
                       *Statement Option: Y

  Services          DSS Access Card   Comments        Change
  Sub Demographics   Billing Ledger   Bill Image      Select New Account
PAGE BREAK
DTV                              Show Subscriber              10/14/04 02:31
Acct: 005130875 Name: CRAIG PATRICK                          Status: ACTV

  Create Date:            08/04/1998   Subscriber Acct Ind: 04
  Activate Date:          03/03/2003   Bill Cycle Day:      04
                                       Service Cycle Day:   04
  Last Modified Date:     10/05/2004   Last Billed Date:    10/04/2004
                                   Page 1
```



EXHIBIT

B

005130875_PATRICK

| Last Modified By: | BATCH | Last Bill Due Date: | 10/24/2004 |
| | | Last Bill Amount: | 159.45 |
| Service Suspend Date: | | Last Payment Date: | 09/19/2004 |
| Disconnect Date: | 03/26/2001 | Amt Due At Last EOM: | 0.00 |
| Disconnect Reason Code: | | | |

Tax Geo Code: 22-017-1700

| Cutoff Date: | 10/19/2004 | Time Zone: | E |
| Cutoff Extended By: | | Daylight Savings: | Y |
| Cutoff Level: | 1 | Census Tract: | 387100 |
| Non Pay Code: | L | Census Block Group: | 3 |
| Write-Off Amount: | | Latitude: | 421936 N |
| Dealer Acct Type: | MM | Longitude: | 714049 W |
| Created By Dealer: | Y 001678711 K-MART | | |
| Chain Number/Name: | 00405  K-MART | | |
| Services | DSS Access Card | Comments | Change |
| Sub Demographics | Billing Ledger | Bill Image | Select New Account |


DTV                              Show Services                        10/14/04 02:31
Acct No: 005130875     Name: CRAIG PATRICK                          Status:  ACTV
DSS Access Card: 000892344003                        Account Balance:    159.45
                                                                              ->

| Service Cd | Description | Service Amount | Tax Amount | Total Tax Amount | Code | Status |
|---|---|---|---|---|---|---|
| P000002140 | HBO | 12.00 | 0.00 | 12.00 | | ACTV - |
| P000002249 | TOTAL CHOICE PLUS with Loc | 42.99 | 0.00 | 42.99 | | ACTV |
| B000002283 | 1 Year Commitment | 0.00 | 0.00 | 0.00 | | DISC |
| B000005075 | Please see the | 0.00 | 0.00 | 0.00 | | DISC |
| P000001853 | Minimum Service | 5.00 | 0.00 | 5.00 | | DISC |

PAGE BREAK
DTV                    CMS Card Change History by Account           10/14/04 02:31
Acct: 005130875 Name: CRAIG PATRICK                                  Status: ACTV

| Change Date | Mail Group | Type | Old Smartcard | New Smartcard | Status | L/D |
|---|---|---|---|---|---|---|
| 10/06/2003 13:57 | 120803204 | New | P00000000001 | 000819852401 | Complete | - |
| 08/13/2003 23:00 | 120803204 | New | P00000000001 | 000819852401 | Mailed | |
| 08/12/2003 23:32 | 120803204 | New | P00000000001 | 000819852401 | Sent | |
| 08/12/2003 23:06 | 120803204 | New | P00000000001 | 000819852401 | Scheduled | |
| 03/17/2003 13:47 | 040303201 | New | P00000000001 | 000892344003 | Complete | |
| 03/04/2003 23:00 | 040303201 | New | P00000000001 | 000892344003 | Mailed | |
| 03/04/2003 07:03 | 040303201 | New | P00000000001 | 000892344003 | Sent | |
| 03/04/2003 00:52 | 040303201 | New | P00000000001 | 000892344003 | Scheduled | |

PAGE BREAK
DTV                              Comments List                        10/14/04 02:31

Acct No:   005130875     Name: CRAIG PATRICK                        Status: ACTV

| Cmt Type | Code | Imp Flg | Subject | Date | Time | CSR ID |
|---|---|---|---|---|---|---|
| ACCT | 0950 | N | 2004 Price Protection | 02/06/2004 | 04:41 AM | ADDCMTBATCH - |
| ACCT | 0003 | N | Additional Receiver Annual | 10/04/2003 | 02:22 AM | ADDCMTBATCH |
| MISC | 0100 | N | Miscellaneous Information | 03/03/2003 | 07:54 PM | 10041093 |
| MISC | 0100 | N | Miscellaneous Information | 11/03/2000 | 08:29 PM | TUL02099 |
| ACCT | 0300 | N | Transferred/Referred Customer | 11/03/2000 | 08:13 PM | 10017121 |
| ACCT | 8700 | N | STATEMENT-NEEDED EXPLANATION | 11/03/2000 | 08:12 PM | 10017121 |

Page 2

```
                            005130875_PATRICK
DTV                          Show Comments                    10/14/04 02:31

  Acct No:    005130875 Name: CRAIG PATRICK              Status: ACTV
 *Comment Type: ACCT     *Reason Code: 0950  2004 Price Protection
 *DSS Card:              Date: 02/06/2004 Time: 04:41 AM CSR ID: ADDCMTBATCH
  COMMENT:
 +-----------------------------------------------------------------------+
 |Customer will receive a price protection credit each month beginning March 1
 |, 2004 for the months remaining on the commitment. Credit offsets increase t
 |o base package price. Notification of new prices and price protection enclos
 |ed in February 2004 bill.
 |
 |
 |
 |
 |
 |
 +-----------------------------------------------------------------------+
PAGE BREAK
DTV                          Show Comments                    10/14/04 02:31

  Acct No:    005130875 Name: CRAIG PATRICK              Status: ACTV
 *Comment Type: ACCT     *Reason Code: 0003  Additional Receiver Annual
 *DSS Card:              Date: 10/04/2003 Time: 02:22 AM CSR ID: ADDCMTBATCH
  COMMENT:
 +-----------------------------------------------------------------------+
 |Customer commitment is for one-year of Total Choice or Opcion Extra Especial
 |(or above) beginning 15-AUG-03 per the terms of the special offer to new or
 |existing customers.  Per the terms of the offer, a prorated fee of up to $1
 |50 is automatically applied to the customer account if service is downgraded
 |below Total Choice or Opcion Extra Especial, or the account is disconnected
 |within the one-year period.
 |
 |
 |
 |
 +-----------------------------------------------------------------------+




DTV                          Show Comments                    10/14/04 02:31

  Acct No:    005130875 Name: CRAIG PATRICK              Status: ACTV
 *Comment Type: MISC     *Reason Code: 0100  Miscellaneous Information
 *DSS Card:              Date: 03/03/2003 Time: 07:54 PM CSR ID: 10041093
  COMMENT:
 +-----------------------------------------------------------------------+
 |cust wants to reactivate with total choice plus with locals cust is eligible
 |for locals. did not have a access card will call back when he recives his
 |new card
 |
 |Deidra 11m66
 |
```

005130875_PATRICK

```
+------------------------------------------------------------------------+
```

PAGE BREAK
DTV                          Show Comments                    10/14/04 02:31

Acct No:    005130875 Name: CRAIG PATRICK                      Status: ACTV
*Comment Type: MISC    *Reason Code: 0100  Miscellaneous Information
*DSS Card:  000347470130 Date: 11/03/2000 Time: 08:29 PM CSR ID: TUL02099
COMMENT:
```
+------------------------------------------------------------------------+
| customer is activating new a/c and new ird/added info/resolved         |
|                                                                        |
|                                                                        |
|                                                                        |
|                                                                        |
|                                                                        |
|                                                                        |
|                                                                        |
+------------------------------------------------------------------------+
```

DTV                          Show Comments                    10/14/04 02:31

Acct No:    005130875 Name: CRAIG PATRICK                      Status: ACTV
*Comment Type: ACCT    *Reason Code: 0300  Transferred/Referred Customer
*DSS Card:  000101784619 Date: 11/03/2000 Time: 08:13 PM CSR ID: 10017121
COMMENT:
```
+------------------------------------------------------------------------+
| a/c not authorized for chaining trans to tech cust is awre of comment. |
|                                                                        |
| cynthia/dtv6¼                                                          |
|                                                                        |
|                                                                        |
|                                                                        |
|                                                                        |
+------------------------------------------------------------------------+
```
PAGE BREAK
DTV                          Show Comments                    10/14/04 02:32

Acct No:    005130875 Name: CRAIG PATRICK                      Status: ACTV
*Comment Type: ACCT    *Reason Code: 8700  STATEMENT-NEEDED EXPLANATION
*DSS Card:  000101784619 Date: 11/03/2000 Time: 08:12 PM CSR ID: 10017121
COMMENT:
```
+------------------------------------------------------------------------+
```

```
                                    005130875_PATRICK
|cci to react....show in coll...applied ccard pymt for the full amount he bei |
|ng ccard holder..                                                            |
|                                                                             |
|cynthia/dtv6S                                                                |
|                                                                             |
|                                                                             |
|                                                                             |
|                                                                             |
|                                                                             |
|                                                                             |
|                                                                             |
+-----------------------------------------------------------------------------+
```

PAGE BREAK
```
DTV                                 DSS Access Card                 10/14/04 02:32
Acct:    5130875 Name: CRAIG PATRICK                                  Status: ACTV
```

DSS Access Card Information:
```
  *DSS Access Card ID: 000101784619          Pay-Per-View Information:
    Status:             DISC                     Allow OPPV:       N
    Indicator:                                   Allow IPPV:       Y
    Location:           DN STAIRS                Purchase Period:  M
   *Rating Code:        X                        Purchase Limit:        0.00
    Restricted:         N                        Callback Day:     25
    Installer ID:       SELF                     Last Callback:    08/25/1998
    Card Type:          P                        Callback Thresh:       70.00
    Phone Connection:   Y                     IRD Information:
    Mirror:             N                        Serial No:     805616496
    Charge Mirror Fee:  N                       *Manufacturer: RCA
    Charge Fee Annually:                        *Model Number: DRD303RA
    Pers. Region Bits:                           RID:          0
                                                 IRD ID:       28AD296B
    Parent CSS:         2 USSB              Assign Satellite IDs:
    CAM Period ID:      02                        Software Ver:
```

```
    Activation Date:    08/04/1998          Callback Phone No:  508  4291326
    CAMC Subscr ID:     6326483
    Old DSS ACC ID:
    Replace Date:
    Disconnect Date:    10/05/1998
    Security Rating:    0
```

```
    Last Modified Date: 06/01/2000
    Last Modified By:   CONVERSION
```

PAGE BREAK
```
DTV                                 DSS Access Card                 10/14/04 02:32
Acct:    5130875 Name: CRAIG PATRICK                                  Status: ACTV
```

005130875_PATRICK

```
DSS Access Card Information:
  *DSS Access Card ID: 000347470130         Pay-Per-View Information:
   Status:              DISC                    Allow OPPV:         N
   Indicator:                                   Allow IPPV:         Y
   Location:            DWNST                    Purchase Period:    M
  *Rating Code:         X                       Purchase Limit:             0.00
   Restricted:          N                       Callback Day:       19
   Installer ID:        SELF                    Last Callback:
   Card Type:           P                       Callback Thresh:           10.00
   Phone Connection:    Y                    IRD Information:
   Mirror:              N                       Serial No:     009703672
   Charge Mirror Fee:   N                      *Manufacturer: RCA
   Charge Fee Annually:                        *Model Number: DRD222RD
   Pers. Region Bits:                           RID:           0
                                                IRD ID:
   Parent CSS:          1 DTV              Assign Satellite IDs:
   CAM Period ID:       03                       Software Ver:



   Activation Date:     11/03/2000              Callback Phone No:
   CAMC Subscr ID:      19209670
   Old DSS ACC ID:
   Replace Date:
   Disconnect Date:     03/26/2001
   Security Rating:     0



   Last Modified Date: 04/01/2001
   Last Modified By:   TUL02099


PAGE BREAK
 DTV                             Change DSS Access Card              10/14/04 02:32
 Acct:    5130875 Name: CRAIG PATRICK                                  Status: ACTV

DSS Access Card Information:
  *DSS Access Card ID: 000819852401         Pay-Per-View Information:
   Status:              ACTV                    Allow OPPV:         Y
   Indicator:                                   Allow IPPV:         N
   Location:            UPSTAIRS                 Purchase Period:    M
  *Rating Code:         X                       Purchase Limit:             0.00
   Restricted:          N                       Callback Day:       19
   Installer ID:                                Last Callback:
   Card Type:           S                       Callback Thresh:           49.99
   Phone Connection:    Y                    IRD Information:
   Mirror:              Y                       Serial No:     8942686489
   Charge Mirror Fee:   Y                      *Manufacturer: RCA
   Charge Fee Annually:                        *Model Number: DRD221RD
   Pers. Region Bits:   D                       RID:           0
                                                IRD ID:
   Parent CSS:          1 DTV              Assign Satellite IDs:
   CAM Period ID:       .04                      Software Ver:



   Activation Date:     08/15/2003              Callback Phone No:
   CAMC Subscr ID:      44538696
   Old DSS ACC ID:
   Replace Date:
```

Page 6

005130875_PATRICK

```
    Disconnect Date:
    Security Rating:      0


    Last Modified Date: 09/22/2004
    Last Modified By:   AUTO_REIN


PAGE BREAK
DTV                           Change DSS Access Card              10/14/04 02:32
Acct:    5130875 Name: CRAIG PATRICK                                Status: ACTV

DSS Access Card Information:
   *DSS Access Card ID: 000892344003       Pay-Per-View Information:
    Status:              ACTV                Allow OPPV:           Y
    Indicator:                               Allow IPPV:           N
    Location:            BASEMENT            Purchase Period:      M
   *Rating Code:         X                   Purchase Limit:           0.00
    Restricted:          N                   Callback Day:        19
    Installer ID:        S                   Last Callback:
    Card Type:           P                   Callback Thresh:          49.99
    Phone Connection:    Y                IRD Information:
    Mirror:              Y                   Serial No:     904436627
    Charge Mirror Fee:   N                  *Manufacturer: RCA
    Charge Fee Annually:                    *Model Number: DRD222RD
    Pers. Region Bits:   D                   RID:           0
                                             IRD ID:
    Parent CSS:          1 DTV            Assign Satellite IDs:
    CAM Period ID:       04                   Software Ver:



    Activation Date:     03/05/2003           Callback Phone No:
    CAMC Subscr ID:      40138443
    Old DSS ACC ID:
    Replace Date:
    Disconnect Date:
    Security Rating:     0



    Last Modified Date: 09/22/2004
    Last Modified By:   AUTO_REIN


PAGE BREAK
DTV                        Show Service History                   10/14/04 02:33
 Acct No: 005130875       Name: CRAIG PATRICK                       Status:  ACTV
```

| Action | Date | Time | Service | DSS Card | Alt Acct No | CSR ID |
|---|---|---|---|---|---|---|
| Create | 08/04/98 | 17:47 | TC PLAT SAMPLER | 000101784619 | | 10003186 |
| Create | 08/04/98 | 17:47 | TOTAL CHOICE | 000101784619 | | 10003186 |
| Create | 08/04/98 | 17:47 | DTV GUIDE | 000101784619 | | 10003186 |
| Disconn | 09/04/98 | 00:00 | TC PLAT SAMPLER | 000101784619 | | EXPIRED |
| Disconn | 10/02/98 | 01:19 | DTV GUIDE | 000101784619 | | BILLING |
| Create | 10/02/98 | 01:19 | DTV GUIDE | 000101784619 | | BILLING |
| Disconn | 10/06/98 | 20:51 | DTV GUIDE | 000101784619 | | 10006397 |
| Disconn | 10/06/98 | 20:51 | TOTAL CHOICE | 000101784619 | | 10006397 |
| Create | 11/03/00 | 18:25 | TOTAL CHOICE | 000347470130 | | TUL02099 |
| Create | 11/04/00 | 11:22 | TCSPORTS | 000347470130 | | 10014237 |

Page 7

```
                                      005130875_PATRICK
Disconn 11/04/00 11:22   TOTAL CHOICE   000347470130           10014237
Create  01/24/01 13:02   MINSVC         000347470130           SVC_FUT_BAT
Disconn 01/25/01 01:05   TCSPORTS       000347470130           SVC_FUTURE_D
Disconn 02/02/01 01:24   MINSVC         000347470130           BILLING
Create  02/02/01 01:24   MINSVC         000347470130           BILLING
Disconn 03/25/01 13:10   MINSVC         000347470130           SVC_FUTURE_D
Create  03/05/03 13:31   TCPLSLOCL      000892344003           10042810
Create  06/29/03 12:23   HBO2           000892344003           10044701
Create  08/15/03 14:45   Add'l Receiver 000819852401           10026915
Create  08/15/03 14:45   HBO2           000819852401           10026915
Create  08/15/03 14:45   TCPLSLOCL      000819852401           10026915
Create  08/15/03 14:46.  ANNADDRCV      000892344003           10026915
Create  08/15/03 14:46   ANNADDRCV      000819852401           10026915
Disconn 01/19/04 03:13   TCPLSLOCL      000892344003           NONPAY
Disconn 01/19/04 03:13   TCPLSLOCL      000819852401           NONPAY
Disconn 01/19/04 03:13   HBO2           000892344003           NONPAY
Disconn 01/19/04 03:13   HBO2           000819852401           NONPAY
Create  01/19/04 03:13   MINSVC         000819852401           BILLNONPAY
Create  01/19/04 03:13   MINSVC         000892344003           BILLNONPAY
Disconn 01/19/04 03:13   ANNADDRCV      000819852401           NONPAY
Disconn 01/19/04 03:13   ANNADDRCV      000892344003           NONPAY
Reinste 01/23/04 15:43   TCPLSLOCL      000819852401           IVR
Reinste 01/23/04 15:43   TCPLSLOCL      000892344003           IVR
Reinste 01/23/04 15:43   HBO2           000819852401           IVR
Reinste 01/23/04 15:43   HBO2           000892344003           IVR
Reinste 01/23/04 15:43   ANNADDRCV      000892344003           IVR
Reinste 01/23/04 15:43   ANNADDRCV      000819852401           IVR
Disconn 01/25/04 01:10   MINSVC         000892344003           SVC_FUTURE_D
Disconn 01/25/04 01:10   MINSVC         000819852401           SVC_FUTURE_D
Create  02/04/04 02:26   MESSAGE        000892344003           SVC_FUT_BAT
Create  02/04/04 02:26   MESSAGE        000819852401           SVC_FUT_BAT
Disconn 03/04/04 00:00   MESSAGE        000892344003           EXPIRED
Disconn 03/04/04 00:00   MESSAGE        000819852401           EXPIRED
Disconn 08/19/04 00:00   ANNADDRCV      000819852401           EXPIRED
Disconn 08/19/04 00:00   ANNADDRCV      000892344003           EXPIRED
Disconn 08/19/04 03:23   TCPLSLOCL      000819852401           NONPAY
Disconn 08/19/04 03:23   TCPLSLOCL      000892344003           NONPAY
Disconn 08/19/04 03:23   HBO2           000819852401           NONPAY
Disconn 08/19/04 03:23   HBO2           000892344003           NONPAY
Create  08/19/04 03:23   MINSVC         000892344003           BILLNONPAY
Create  08/19/04 03:23   MINSVC         000819852401           BILLNONPAY
Reinste 08/19/04 12:38   TCPLSLOCL      000819852401           IVR
Reinste 08/19/04 12:38   TCPLSLOCL      000892344003           IVR
Reinste 08/19/04 12:38   HBO2           000892344003           IVR
Reinste 08/19/04 12:38   HBO2           000819852401           IVR
Disconn 08/19/04 13:34   MINSVC         000892344003           AUTO_REIN
Disconn 09/19/04 03:28   TCPLSLOCL      000892344003           NONPAY
Disconn 09/19/04 03:28   TCPLSLOCL      000819852401           NONPAY
Disconn 09/19/04 03:28   HBO2           000819852401           NONPAY
Disconn 09/19/04 03:28   HBO2           000892344003           NONPAY
Create  09/19/04 03:28   MINSVC         000892344003           BILLNONPAY
Create  09/19/04 03:28   MINSVC         000819852401           BILLNONPAY
Reinste 09/19/04 07:36   TCPLSLOCL      000819852401           IVR
Reinste 09/19/04 07:36   TCPLSLOCL      000892344003           IVR
Reinste 09/19/04 07:36   HBO2           000892344003           IVR
Reinste 09/19/04 07:36   HBO2           000819852401           IVR
Disconn 09/19/04 15:12   MINSVC         000892344003           AUTO_REIN
PAGE BREAK
```

DTV                                Billing Ledger                    10/14/04 02:33
Acct No: 005130875          Name: CRAIG PATRICK                        Status: ACTV
                                                                              ->

| Date | Service | Code | From | To | Tax | Amount | Balance |
|------|---------|------|------|-----|-----|--------|---------|
| 08/04/98 | TOTAL CHOICE | P000000358 | 08/04/98 | 09/03/98 | 1.50 | 29.99 | 31.49 |

005130875_PATRICK

| Date | Description | Ref | Start | End | | | Balance |
|------|-------------|-----|-------|-----|---|---|---------|
| 08/04/98 | TC PLAT SAMPLER | P000001014 | 08/04/98 | 09/03/98 | | | 31.49 |
| 08/04/98 | DTV GUIDE | R000001151 | 08/04/98 | 10/03/98 | | | 31.49 |
| 08/05/98 | First Bill | | 08/04/98 | 08/24/98 | | | 31.49 |
| 09/02/98 | Late Fee | L000000029 | 09/01/98 | | .08 | 1.57 | 33.14 |
| 09/02/98 | TOTAL CHOICE | P000000358 | 09/04/98 | 10/03/98 | 1.50 | 29.99 | 64.63 |
| 09/02/98 | Monthly Bill | | 09/01/98 | 09/21/98 | | | 64.63 |
| 10/02/98 | Late Fee | L000000029 | 10/01/98 | | .16 | 3.23 | 68.02 |
| 10/02/98 | DTV GUIDE | R000001151 | 10/04/98 | 11/03/98 | | 3.95 | 71.97 |
| 10/02/98 | TOTAL CHOICE | P000000358 | 10/04/98 | 11/03/98 | 1.50 | 29.99 | 103.46 |
| 10/02/98 | Monthly Bill | | 10/01/98 | 10/21/98 | | | 103.46 |
| 10/06/98 | Disc Adj - DISC | P000000358 | 10/06/98 | 11/03/98 | -1.45 | -28.99 | 73.02 |
| 11/02/98 | Late Fee | L000000029 | 11/01/98 | | .18 | 3.65 | 76.85 |
| 11/02/98 | Monthly Bill | | 11/01/98 | 11/21/98 | | | 76.85 |
| 11/19/98 | Writeoff/Nonpay | | | | | -76.85 | 0.00 |
| 12/02/98 | Monthly Bill | | 12/01/98 | 12/21/98 | | | 0.00 |
| 01/02/99 | Monthly Bill | | 01/01/99 | 01/21/99 | | | 0.00 |
| 02/02/99 | Monthly Bill | | 02/01/99 | 02/21/99 | | | 0.00 |
| 03/02/99 | Monthly Bill | | 03/01/99 | 03/21/99 | | | 0.00 |
| 04/02/99 | Monthly Bill | | 04/01/99 | 04/21/99 | | | 0.00 |
| 05/02/99 | Monthly Bill | | 05/01/99 | 05/21/99 | | | 0.00 |
| 06/02/99 | Monthly Bill | | 06/01/99 | 06/21/99 | | | 0.00 |
| 07/02/99 | Monthly Bill | | 07/01/99 | 07/21/99 | | | 0.00 |
| 08/05/99 | Monthly Bill | | 08/01/99 | 08/21/99 | | | 0.00 |
| 09/02/99 | Monthly Bill | | 09/01/99 | 09/21/99 | | | 0.00 |
| 10/02/99 | Monthly Bill | | 10/01/99 | 10/21/99 | | | 0.00 |
| 11/02/99 | Monthly Bill | | 11/01/99 | 11/21/99 | | | 0.00 |
| 12/02/99 | Monthly Bill | | 12/01/99 | 12/21/99 | | | 0.00 |
| 01/02/00 | Monthly Bill | | 01/01/00 | 01/21/00 | | | 0.00 |
| 02/02/00 | Monthly Bill | | 02/01/00 | 02/21/00 | | | 0.00 |
| 03/02/00 | Monthly Bill | | 03/01/00 | 03/21/00 | | | 0.00 |
| 04/02/00 | Monthly Bill | | 04/01/00 | 04/21/00 | | | 0.00 |
| 05/02/00 | Monthly Bill | | 05/01/00 | 05/21/00 | | | 0.00 |
| 06/02/00 | Monthly Bill | | 06/01/00 | 06/21/00 | | | 0.00 |
| 07/02/00 | Monthly Bill | | 07/01/00 | 07/21/00 | | | 0.00 |
| 08/02/00 | Monthly Bill | | 08/01/00 | 08/21/00 | | | 0.00 |
| 09/02/00 | Monthly Bill | | 09/01/00 | 09/21/00 | | | 0.00 |
| 10/02/00 | Monthly Bill | | 10/01/00 | 10/21/00 | | | 0.00 |
| 11/02/00 | Monthly Bill | | 11/01/00 | 11/21/00 | | | 0.00 |
| 11/03/00 | One Time CCard | | | | | -76.85 | -76.85 |
| 11/03/00 | Writeoff Rvrsl | | | | | 76.85 | 0.00 |
| 11/03/00 | TOTAL CHOICE | P000000358 | 11/03/00 | 11/03/00 | .05 | 1.07 | 1.12 |
| 11/03/00 | TOTAL CHOICE | P000000358 | 11/04/00 | 12/03/00 | 1.60 | 31.99 | 34.71 |
| 11/04/00 | TCSPORTS | P000000901 | 11/04/00 | 12/03/00 | 2.10 | 41.99 | 78.80 |
| 11/04/00 | Disconnect Adj | P000000358 | 11/04/00 | 12/03/00 | -1.60 | -31.99 | 45.21 |
| 12/02/00 | TCSPORTS | P000000901 | 12/04/00 | 01/03/01 | 2.10 | 41.99 | 89.30 |
| 12/02/00 | Monthly Bill | | 12/01/00 | 12/21/00 | | | 89.30 |
| 01/02/01 | Late Fee | L000000029 | 01/01/01 | | .22 | 4.47 | 93.99 |
| 01/02/01 | TCSPORTS | P000000901 | 01/04/01 | 02/03/01 | 2.10 | 41.99 | 138.08 |
| 01/02/01 | Monthly Bill | | 01/01/01 | 01/21/01 | | | 138.08 |
| 01/24/01 | MINSVC | P000001853 | 01/24/01 | 02/02/01 | | | 138.08 |
| 01/25/01 | Disconnect Adj | P000000901 | 01/25/01 | 02/03/01 | -0.70 | -14.00 | 123.38 |
| 02/02/01 | Late Fee | L000000029 | 02/01/01 | | .25 | 5.00 | 128.63 |
| 02/02/01 | MINSVC | P000001853 | 02/03/01 | 02/03/01 | .01 | .17 | 128.81 |
| 02/02/01 | MINSVC | P000001853 | 02/04/01 | 03/03/01 | .25 | 5.00 | 134.06 |
| 02/02/01 | Monthly Bill | | 02/01/01 | 02/21/01 | | | 134.06 |
| 03/02/01 | Late Fee | L000000029 | 03/01/01 | | .25 | 5.00 | 139.31 |
| 03/02/01 | MINSVC | P000001853 | 03/04/01 | 04/03/01 | .25 | 5.00 | 144.56 |
| 03/02/01 | Monthly Bill | | 03/01/01 | 03/21/01 | | | 144.56 |
| 03/25/01 | Disconnect Adj | P000001853 | 03/25/01 | 04/03/01 | -0.08 | -1.67 | 142.81 |
| 03/26/01 | Disconnect Fee | F000000008 | 03/26/01 | | .75 | 15.00 | 158.56 |
| 03/27/01 | Final Bill | | 03/26/01 | 04/15/01 | | | 158.56 |
| 04/01/01 | Writeoff/Nonpay | | | | | -158.56 | 0.00 |
| 04/02/01 | Monthly Bill | | 04/01/01 | 04/21/01 | | | 0.00 |

```
                                    005130875_PATRICK
05/02/01   Monthly Bill                05/01/01 05/21/01                          0.00
06/02/01   Monthly Bill                06/01/01 06/21/01                          0.00
07/02/01   Monthly Bill                07/01/01 07/21/01                          0.00
08/05/01   Monthly Bill                08/04/01 08/24/01                          0.00
09/05/01   Monthly Bill                09/04/01 09/24/01                          0.00
10/05/01   Monthly Bill                10/04/01 10/24/01                          0.00
11/05/01   Monthly Bill                11/04/01 11/24/01                          0.00
12/05/01   Monthly Bill                12/04/01 12/24/01                          0.00
01/05/02   Monthly Bill                01/04/02 01/24/02                          0.00
02/05/02   Monthly Bill                02/04/02 02/24/02                          0.00
03/05/02   Monthly Bill                03/04/02 03/24/02                          0.00
04/05/02   Monthly Bill                04/04/02 04/24/02                          0.00
05/05/02   Monthly Bill                05/04/02 05/24/02                          0.00
06/05/02   Monthly Bill                06/04/02 06/24/02                          0.00
07/05/02   Monthly Bill                07/04/02 07/24/02                          0.00
08/05/02   Monthly Bill                08/04/02 08/24/02                          0.00
09/05/02   Monthly Bill                09/04/02 09/24/02                          0.00
10/05/02   Monthly Bill                10/04/02 10/24/02                          0.00
11/05/02   Monthly Bill                11/04/02 11/24/02                          0.00
12/05/02   Monthly Bill                12/04/02 12/24/02                          0.00
01/05/03   Monthly Bill                01/04/03 01/24/03                          0.00
02/05/03   Monthly Bill                02/04/03 02/24/03                          0.00
03/03/03   One Time CCard                                         -218.55    -218.55
03/03/03   Writeoff Rvrsl                                          158.56     -59.99
03/03/03   Card Repl Fee    F000000005 03/03/03                     20.00     -39.99
03/03/03   Monthly Bill                03/03/03 03/24/03                       -39.99
03/05/03   TCPLSLOCL        P000002249 03/05/03 04/03/03            39.99       0.00
04/05/03   TCPLSLOCL        P000002249 04/04/03 05/03/03            39.99      39.99
04/05/03   Monthly Bill                04/04/03 04/24/03                        39.99
04/15/03   Payment - Check                                         -39.99       0.00
05/05/03   TCPLSLOCL        P000002249 05/04/03 06/03/03            39.99      39.99
05/05/03   Monthly Bill                05/04/03 05/24/03                        39.99
05/17/03   Payment - Check                                         -49.99     -10.00
06/05/03   TCPLSLOCL        P000002249 06/04/03 07/03/03            39.99      29.99
06/05/03   Monthly Bill                06/04/03 06/24/03                        29.99
06/14/03   Payment - Check                                         -30.00     -00.01
06/29/03   HBO2             P000002140 06/29/03 07/03/03             2.00       1.99
07/05/03   HBO2             P000002140 07/04/03 08/03/03            12.00      13.99
07/05/03   TCPLSLOCL        P000002249 07/04/03 08/03/03            39.99      53.98
07/05/03   Monthly Bill                07/04/03 07/24/03                        53.98
07/17/03   One Time CCard                                          -53.98       0.00
08/05/03   HBO2             P000002140 08/04/03 09/03/03            12.00      12.00
08/05/03   TCPLSLOCL        P000002249 08/04/03 09/03/03            39.99      51.99
08/05/03   Monthly Bill                08/04/03 08/24/03                        51.99
08/12/03   Card Repl Fee    F000000005 08/12/03                     20.00      71.99
08/15/03   Add'l Receiver   F910000000 08/15/03 09/03/03             3.33      75.32
08/15/03   ANNADDRCV        B000002283 08/15/03 09/14/03                       75.32
08/18/03   Payment - Check                                         -51.99      23.33
09/05/03   Add'l Receiver   F910000000 09/04/03 10/03/03             4.99      28.32
09/05/03   HBO2             P000002140 09/04/03 10/03/03            12.00      40.32
09/05/03   TCPLSLOCL        P000002249 09/04/03 10/03/03            39.99      80.31
09/05/03   Monthly Bill                09/04/03 09/24/03                        80.31
09/17/03   Payment - Check                                         -80.31       0.00
10/05/03   Add'l Receiver   F910000000 10/04/03 11/03/03             4.99       4.99
10/05/03   HBO2             P000002140 10/04/03 11/03/03            12.00      16.99
10/05/03   TCPLSLOCL        P000002249 10/04/03 11/03/03            39.99      56.98
10/05/03   Monthly Bill                10/04/03 10/24/03                        56.98
10/14/03   Payment - Check                                         -56.98       0.00
11/05/03   Add'l Receiver   F910000000 11/04/03 12/03/03             4.99       4.99
11/05/03   HBO2             P000002140 11/04/03 12/03/03            12.00      16.99
11/05/03   TCPLSLOCL        P000002249 11/04/03 12/03/03            39.99      56.98
11/05/03   Monthly Bill                11/04/03 11/24/03                        56.98
12/01/03   One Time CCard                                          -56.98       0.00
```

005130875_PATRICK

| Date | Description | Code | Date1 | Date2 | Amount | Balance |
|------|-------------|------|-------|-------|--------|---------|
| 12/05/03 | Add'l Receiver | F910000000 | 12/04/03 | 01/03/04 | 4.99 | 4.99 |
| 12/05/03 | HBO2 | P000002140 | 12/04/03 | 01/03/04 | 12.00 | 16.99 |
| 12/05/03 | TCPLSLOCL | P000002249 | 12/04/03 | 01/03/04 | 39.99 | 56.98 |
| 12/05/03 | Monthly Bill | | 12/04/03 | 12/24/03 | | 56.98 |
| 01/05/04 | Late Fee | L000000029 | 01/04/04 | | 2.85 | 59.83 |
| 01/05/04 | Add'l Receiver | F910000000 | 01/04/04 | 02/03/04 | 4.99 | 64.82 |
| 01/05/04 | HBO2 | P000002140 | 01/04/04 | 02/03/04 | 12.00 | 76.82 |
| 01/05/04 | TCPLSLOCL | P000002249 | 01/04/04 | 02/03/04 | 39.99 | 116.81 |
| 01/05/04 | Monthly Bill | | 01/04/04 | 01/24/04 | | 116.81 |
| 01/19/04 | LVL1 Disc Adj | P000002140 | 01/19/04 | 02/03/04 | -6.40 | 110.41 |
| 01/19/04 | LVL1 Disc Adj | P000002249 | 01/19/04 | 02/03/04 | -21.33 | 89.08 |
| 01/19/04 | MINSVC | P000001853 | 01/19/04 | 02/03/04 | 2.67 | 91.75 |
| 01/23/04 | One Time CCard | | | | -116.81 | -25.06 |
| 01/23/04 | HBO2 | P000002140 | 01/23/04 | 02/03/04 | 4.80 | -20.26 |
| 01/23/04 | TCPLSLOCL | P000002249 | 01/23/04 | 02/03/04 | 16.00 | -04.26 |
| 02/04/04 | MESSAGE | B000005075 | 02/04/04 | 03/03/04 | | -04.26 |
| 02/05/04 | Add'l Receiver | F910000000 | 02/04/04 | 03/03/04 | 4.99 | 0.73 |
| 02/05/04 | HBO2 | P000002140 | 02/04/04 | 03/03/04 | 12.00 | 12.73 |
| 02/05/04 | TCPLSLOCL | P000002249 | 02/04/04 | 03/03/04 | 39.99 | 52.72 |
| 02/05/04 | Monthly Bill | | 02/04/04 | 02/24/04 | | 52.72 |
| 02/20/04 | One Time CCard | | | | -52.72 | 0.00 |
| 03/04/04 | RCREDIT-06 | | | | -3.00 | -03.00 |
| 03/05/04 | Add'l Receiver | F910000000 | 03/04/04 | 04/03/04 | 4.99 | 1.99 |
| 03/05/04 | HBO2 | P000002140 | 03/04/04 | 04/03/04 | 12.00 | 13.99 |
| 03/05/04 | TCPLSLOCL | P000002249 | 03/04/04 | 04/03/04 | 42.99 | 56.98 |
| 03/05/04 | Monthly Bill | | 03/04/04 | 03/24/04 | | 56.98 |
| 04/04/04 | RCREDIT-06 | | | | -3.00 | 53.98 |
| 04/05/04 | Late Fee | L000000029 | 04/04/04 | | 2.70 | 56.68 |
| 04/05/04 | Add'l Receiver | F910000000 | 04/04/04 | 05/03/04 | 4.99 | 61.67 |
| 04/05/04 | HBO2 | P000002140 | 04/04/04 | 05/03/04 | 12.00 | 73.67 |
| 04/05/04 | TCPLSLOCL | P000002249 | 04/04/04 | 05/03/04 | 42.99 | 116.66 |
| 04/05/04 | Monthly Bill | | 04/04/04 | 04/24/04 | | 116.66 |
| 04/17/04 | One Time CCard | | | | -100.00 | 16.66 |
| 05/04/04 | RCREDIT-06 | | | | -3.00 | 13.66 |
| 05/05/04 | Late Fee | L000000029 | 05/04/04 | | .68 | 14.34 |
| 05/05/04 | Add'l Receiver | F910000000 | 05/04/04 | 06/03/04 | 4.99 | 19.33 |
| 05/05/04 | HBO2 | P000002140 | 05/04/04 | 06/03/04 | 12.00 | 31.33 |
| 05/05/04 | TCPLSLOCL | P000002249 | 05/04/04 | 06/03/04 | 42.99 | 74.32 |
| 05/05/04 | Monthly Bill | | 05/04/04 | 05/24/04 | | 74.32 |
| 05/14/04 | One Time CCard | | | | -74.32 | 0.00 |
| 06/04/04 | RCREDIT-06 | | | | -3.00 | -03.00 |
| 06/05/04 | Add'l Receiver | F910000000 | 06/04/04 | 07/03/04 | 4.99 | 1.99 |
| 06/05/04 | HBO2 | P000002140 | 06/04/04 | 07/03/04 | 12.00 | 13.99 |
| 06/05/04 | TCPLSLOCL | P000002249 | 06/04/04 | 07/03/04 | 42.99 | 56.98 |
| 06/05/04 | Monthly Bill | | 06/04/04 | 06/24/04 | | 56.98 |
| 07/04/04 | RCREDIT-06 | | | | -3.00 | 53.98 |
| 07/05/04 | Late Fee | L000000029 | 07/04/04 | | 2.70 | 56.68 |
| 07/05/04 | Add'l Receiver | F910000000 | 07/04/04 | 08/03/04 | 4.99 | 61.67 |
| 07/05/04 | HBO2 | P000002140 | 07/04/04 | 08/03/04 | 12.00 | 73.67 |
| 07/05/04 | TCPLSLOCL | P000002249 | 07/04/04 | 08/03/04 | 42.99 | 116.66 |
| 07/05/04 | Monthly Bill | | 07/04/04 | 07/24/04 | | 116.66 |
| 07/15/04 | One Time CCard | | | | -53.98 | 62.68 |
| 08/04/04 | RCREDIT-06 | | | | -3.00 | 59.68 |
| 08/05/04 | Late Fee | L000000029 | 08/04/04 | | 2.98 | 62.66 |
| 08/05/04 | Add'l Receiver | F910000000 | 08/04/04 | 09/03/04 | 4.99 | 67.65 |
| 08/05/04 | HBO2 | P000002140 | 08/04/04 | 09/03/04 | 12.00 | 79.65 |
| 08/05/04 | TCPLSLOCL | P000002249 | 08/04/04 | 09/03/04 | 42.99 | 122.64 |
| 08/05/04 | Monthly Bill | | 08/04/04 | 08/24/04 | | 122.64 |
| 08/19/04 | LVL1 Disc Adj | P000002140 | 08/19/04 | 09/03/04 | -6.40 | 116.24 |
| 08/19/04 | LVL1 Disc Adj | P000002249 | 08/19/04 | 09/03/04 | -22.93 | 93.31 |
| 08/19/04 | MINSVC | P000001853 | 08/19/04 | 09/03/04 | 2.67 | 95.98 |
| 08/19/04 | One Time CCard | | 08/19/04 | 09/03/04 | -59.68 | 36.30 |
| 08/19/04 | HBO2 | P000002140 | 08/19/04 | 09/03/04 | 6.40 | 42.70 |

```
                                    005130875_PATRICK
08/19/04   TCPLSLOCL       P000002249 08/19/04 09/03/04              22.93      65.63
09/05/04   Late Fee        L000000029 09/04/04                        1.68      67.31
09/05/04   Add'l Receiver  F910000000 09/04/04 10/03/04               4.99      72.30
09/05/04   HBO2            P000002140 09/04/04 10/03/04              12.00      84.30
09/05/04   TCPLSLOCL       P000002249 09/04/04 10/03/04              42.99     127.29
09/05/04   Monthly Bill               09/04/04 09/24/04                        127.29
09/19/04   LVL1 Disc Adj   P000002140 09/19/04 10/03/04              -6.00     121.29
09/19/04   LVL1 Disc Adj   P000002249 09/19/04 10/03/04             -21.50      99.79
09/19/04   MINSVC          P000001853 09/19/04 10/03/04               2.50     102.29
09/19/04   One Time CCard                                           -33.63      68.66
09/19/04   HBO2            P000002140 09/19/04 10/03/04               6.00      74.66
09/19/04   TCPLSLOCL       P000002249 09/19/04 10/03/04              21.50      96.16
10/05/04   Late Fee        L000000029 10/04/04                        3.31      99.47
10/05/04   Add'l Receiver  F910000000 10/04/04 11/03/04               4.99     104.46
10/05/04   HBO2            P000002140 10/04/04 11/03/04              12.00     116.46
10/05/04   TCPLSLOCL       P000002249 10/04/04 11/03/04              42.99     159.45
10/05/04   Monthly Bill               10/04/04 10/24/04                        159.45
PAGE BREAK
DTV                        Show Pay-Per-View                      10/14/04 02:33
   Acct No: 005130875      Name: CRAIG PATRICK                    Status:   ACTV
                                              Account Balance:      159.45
                                                                         ->

                                                   Air            PPV
   Event Code              Description         Date/Time          Amount
PAGE BREAK
```