UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CRAIG PATRICK,<br><br>    Defendant. | No. 03-12292-MLW<br><br>DECLARATION OF SPENCER FREEMAN |

Spencer Freeman declares as follows:

1. I am an attorney at Yarmuth Wilsdon Calfo in Seattle, Washington. I represent the plaintiff, DIRECTV, Inc. ("DIRECTV") in a variety of piracy cases across the United States.

2. Attached as Exhibit A is a true and correct copy of a subpoena that was issued on behalf of DIRECTV to United Parcel Service ("UPS") in an action entitled *DIRECTV, Inc. v. Derek E. Trone, dba Whiteviper Technologies, et al.*, No. SA CV 01-370 DOC (Anx)(United States District Court, Central District of California.

3. Attached as Exhibit B is a true and correct copy of a document that DIRECTV received from UPS in response to the subpoena referenced above. The document reflects shipping records from UPS related to defendant Craig Patrick providing

DECLARATION OF SPENCER FREEMAN
NO. 03-12292-MLW – Page 1

evidence of the shipment of an "Atomic PUT" from Smart Card Solutions to the defendant.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

DATED: October 20th, 2004

_____
Spencer Freeman

DECLARATION OF SPENCER FREEMAN
NO. 03-12292-MLW – Page 2

TJC ej202502 10/20/04