EXHIBIT A

# United States District Court

## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEREK E. TRONE, dba WHITEVIPER TECHNOLOGIES, et al.<br><br>Defendants. | No. SA CV 01-370 DOC (Anx) (United States District Court, Central District of California)<br><br>SUBPOENA IN A CIVIL CASE |

TO:  **United Parcel Service**
**c/o CT Corporation System**
**Attn:  Records Custodian**
**520 Pike Street**
**Seattle, WA 98101**

[ ] YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |

[ ] YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

[X] YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place date, and time specified below (list documents or objects): **See attached exhibit A**

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| **Yarmuth Wilsdon Calfo PLLC**<br>**1201 Third Ave., Suite 3080**<br>**Seattle, Washington  98101-3000**<br>**(206) 516-3800** | **February 19, 2002**<br>**9:00 a.m.** |

[ ] YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below:

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE | DATE |
|---|---|
| Attorneys for Plaintiff | JAN 18, 2002 |

ISSUING OFFICER NAME, ADDRESS AND PHONE NUMBER
Scott Wilsdon
Yarmuth Wilsdon Calfo PLLC
1201 Third Avenue, Suite 3080
Seattle, WA 98101-3000
(206) 516-3800

| PROOF OF SERVICE | |
|---|---|
| DATE | PLACE |
| **SERVED** | |
| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
| SERVED BY (PRINT NAME) | TITLE |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
(DATE)

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.
    (1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include but is not limited to lost earnings and a reasonable attorney's fee.
    (2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.
    (B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.
    (3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
        (i) fails to allow reasonable time for compliance;
        (ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts

business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
        (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
        (iv) subjects a person to undue burden.
    (B) If a subpoena
        (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
        (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
        (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

    (1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.
    (2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

ca181605 1/18/02

## EXHIBIT A

## DOCUMENTS TO BE PRODUCED

1.      For the period January 1, 2000 through the present, all airbills, waybills, invoices, C.O.D. records, receipts or other documents that refer or relate to United Parcel Service (UPS) account A6532F;

2.      For the period January 1, 2000 through the present, all airbills, waybills, invoices, C.O.D. records, receipts or other documents that refer or relate to any UPS accounts held by (1) Li Sang, (2) DSS Pro, (3) DSS Zone, or (4) Smart Card Solutions; and

3.      For the period January 1, 2000 through the present, all airbills, waybills, invoices, C.O.D. records, receipts or other documents that refer or relate to UPS accounts held by individuals using the following addresses:

> 9306 Racquet Ball Way #C
> Indianapolis, IN 46260
>
> 419 E Pine Ridge Dr.
> Westfield, IN 46074
>
> 1549 Quail Run
> Kokomo, IN 46902

### Definitions

The terms "document" and "e-mail communication," as used herein, mean any and all materials falling within subparagraphs (1) through (4) of Rule 1001, Federal Rules of Evidence, including without limitation, all computer files, disks, backup tapes or any other place or thing in which electronic data is stored.

EXHIBIT B

```
ACCOUNT: 0000A6532F    INVOICE DATE: 06/30/01    INVOICE NUMBER: 000000A6532F261
SOURCE: WSHP REGION: 02 DISTRICT: 49 COUNTRY: US
TRACKING NUMBER: 1ZA6532F0244437159
REF 01: Atomic PUT
SENDER INFORMATION:                    RECEIVER INFORMATION:

SMART CARD SOLUTIONS                   Craig Patrick
PINE RIDGE                             54 Holly lane
WESTFIELD            IN 46074  US  HOLLISTON            MA 01746  US


TRACKING NUMBER: 1ZA6532F1343497585
REF 01: Atomic PUT
SENDER INFORMATION:                    RECEIVER INFORMATION:

SMART CARD SOLUTIONS                   d mccarthy
PINE RIDGE                             5400 stirling road
WESTFIELD            IN 46074  US  FORT LAUDERDALE      FL 33314  US


TRACKING NUMBER: 1ZA6532F0244790375
REF 01: 4 Netsignia
SENDER INFORMATION:                    RECEIVER INFORMATION:

SMART CARD SOLUTIONS                   David Walters
PINE RIDGE                             4238 Roselawn Ave.
WESTFIELD            IN 46074  US  BATAVIA              OH 45103  US


TRACKING NUMBER: 1ZA6532F0245787690
REF 01: Atomic Emulator
SENDER INFORMATION:                    RECEIVER INFORMATION:

SMART CARD SOLUTIONS                   dennis smith
PINE RIDGE                             4519 heyer ave
WESTFIELD            IN 46074  US  CASTRO VALLEY        CA 94546  US


TRACKING NUMBER: 1ZA6532F7045301497
REF 01: Atomic PUT
SENDER INFORMATION:                    RECEIVER INFORMATION:

SMART CARD SOLUTIONS                   Donald Caldwell
PINE RIDGE                             408 East 12th St
WESTFIELD            IN 46074  US  TEXARKANA            AR 71854  US
```