AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

DIRECTV, Inc.

V.

Craig Patrick

SUMMONS IN A CIVIL CASE

**03 CV 12292 MLW**

CASE NUMBER:

TO: (Name and address of Defendant)

Craig Patrick
54 Holly Lane
Holliston, MA 01746

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

NOV 17 2003

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                        Signature of Server

_____
Address of Server

---

Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

Middlesex, ss.                                                                                          February 5, 2004

I hereby certify and return that on 2/3/2004 at 1:09PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET, CORP. DISCLOSURE in this action in the following manner: To wit, by leaving at the last and usual place of abode of CRAIG PATRICK, , 54 HOLLY Lane HOLLISTON, MA 01746 and by mailing 1st class to the above address on 2/3/2004. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($3.00), Postage and Handling ($3.00), Travel ($10.88) Total Charges $46.88

FRAMINGHAM                                                    *James C. Monroe*
                                                                    Deputy Sheriff