UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>DIRECT T.V., INC.</u>
        Plaintiff(s)                                 CIVIL ACTION
                                                           NO. <u>03-12292-MLW</u>
        V.

<u>CRAIG PATRICK</u>
        Defendant(s)

<u>NOTICE OF DEFAULT</u>

Upon application of the Plaintiff(s) , <u>DIRECT T.V.</u> for an order of Default for failure of the Defendant(s),<u>CRAIG PATRICK,</u> to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this <u>29</u><sup>TH</sup> day of<u> AUGUST </u>, 20<u>05</u>.

                                              SARAH A. THORNTON, CLERK

                                              By:    <u>/s/ Dennis O'Leary</u>
                                                              Deputy Clerk

Notice mailed to:

(default.not - 10/96)                                                                                          [ntcdflt.]