**UNITED STATES DISTRICT COURT**
**District of Massachusetts**

| | |
|---|---|
| **DIRECTV, Inc.**           ) | Case No.: **03-cv-12292 MLW** |
|                                          ) | |
|    Plaintiff,      ) | |
|                                          ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs.                                  ) | **WITHOUT PREJUDICE** |
|                                          ) | |
| **Craig Patrick**            ) | |
|                                          ) | |
|    Defendant  ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the Complaint and the Amended Complaint without prejudice and without cost to either party.

                                          Respectfully Submitted for the Plaintiff,
                                          DIRECTV, Inc.
                                          By Its Attorney,

| | |
|---|---|
| 9/27/2005 | /s/ John M. McLaughlin |
| Date | John M. McLaughlin |
| | **Green Miles Lipton & Fitz-Gibbon LLP** |
| | 77 Pleasant Street |
| | P.O. Box 210 |
| | Northampton, MA 01061 |
| | Telephone: (413) 586-0865 |
| | BBO No. 556328 |

## CERTIFICATE OF SERVICE

     I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this 27th day of September, 2005, a copy of the foregoing Notice of Dismissal was mailed first class to:

Craig Patrick
54 Holly Lane
Holliston, MA 01746

                                            /s/ John M. McLaughlin
                                            John M. McLaughlin, Esq.